STEVEN W. PITE (CA SBN 157537)
JOHN D. DUNCAN (CA SBN 179560)
EDDIE R. JIMENEZ (CA SBN 231239)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for CITIMORTGAGE, INC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>DAVID RANDALL SMITH,<br><br>Debtor(s). | Case No. 10-52330<br><br>Chapter 13<br><br>**CITIMORTGAGE, INC'S REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS AND RESERVATION OF RIGHTS** |

TO: UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR(S), AND ALL INTERESTED PARTIES

PLEASE TAKE NOTICE that the firm of PITE DUNCAN, LLP, attorneys for CitiMortgage, Inc hereby requests special notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

PITE DUNCAN, LLP, requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

/././

| | |
|---|---|
| 1 | Eddie R. Jimenez |
| 2 | PITE DUNCAN, LLP |
|   | 4375 Jutland Drive, Suite 200 |
|   | P.O. Box 17933 |
| 3 | San Diego, CA 92177-0933 |

4  Neither this Request for Special Notice nor any subsequent appearance, pleading,
5  claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a
6  waiver of the within party's:

7  a. Right to have any and all final orders in any and all non-core matters entered
8  only after de novo review by a United States District Court Judge;

9  b. Right to receive service pursuant to Fed. R. Civ. P. 4 made applicable to the
10  instant proceeding by Fed. R. Bankr. P. 7004, notwithstanding Pite Duncan, LLP's participation in
11  the instant proceeding. This Request for Special Notice shall not operate as a confession and/or
12  concession of jurisdiction. Moreover, the within party does not authorize Pite Duncan, LLP, either
13  expressly or impliedly through Pite Duncan, LLP's participation in the instant proceeding, to act as
14  its agent for purposes of service under Fed. R. Bankr. P. 7004;

15  c. Right to trial by jury in any proceeding as to any and all matters so triable
16  herein, whether or not the same be designated legal or private rights, or in any case, controversy or
17  proceeding related hereto, notwithstanding the designation or not of such matters as "core
18  proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to
19  statute or the United States Constitution;

20  d. Right to have the reference of this matter withdrawn by the United States
21  District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

22  e. Other rights, claims, actions, defenses, setoffs, recoupments or other matters
23  to which this party is entitled under any agreements at law or in equity or under the United States
24  Constitution.

25  Dated: April 2, 2010     PITE DUNCAN, LLP

26      /s/ Eddie R. Jimenez
        EDDIE R. JIMENEZ
27      Attorneys for CITIMORTGAGE, INC

28

REQUEST FOR SPECIAL NOTICE     2

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE BY MAIL |
| 2 | I, Daniel Tran, am a resident of San Diego, California, and I am over the age of eighteen (18) |
| 3 | years, and not a party to the within action. My business address is 4375 Jutland Drive, Suite 200; |
| 4 | P.O. Box 17933, San Diego, CA 92177-0933. |
| 5 | I served the attached REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS |
| 6 | AND RESERVATION OF RIGHTS by placing a true copy thereof in an envelope addressed to: |
| 7 | Pro Se |
| 8 | David Randall Smith |
| | PO Box 436 |
| 9 | Mt. Hermon, CA 95041 |
| 10 | Devin Derham-Burk |
| | P.O. Box 50013 |
| 11 | San Jose, CA 95150-0013 |
| 12 | U.S. Trustee |
| | Department of Justice |
| 13 | U.S. Federal Bldg. |
| | 280 S 1st St. #268 |
| 14 | San Jose, CA 95113-3004 |
| 15 | which envelope was then sealed and postage fully prepaid thereon, and thereafter on April 2, 2010, |
| 16 | deposited in the United States Mail at San Diego, California. There is regular delivery service |
| 17 | between the place of mailing and the place so addressed by the United States Mail. |
| 18 | I certify under penalty of perjury that the foregoing is true and correct. |
| 19 | Dated: April 2, 2010             /s/ Daniel Tran |
| | DANIEL TRAN |

REQUEST FOR SPECIAL NOTICE    2