UNITED STATES BANKRUPTCY COURT
Northern District of California

| In re: DAVID RANDALL SMITH<br><br>Debtor(s) | Bankruptcy No.: 10-52330<br>R.S. No. PXO-242<br>Hearing Date: July 8, 2010<br>Time: 2:00 pm |
|---|---|

Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

| (A) Date Petition Filed: March 10, 2010 | Chapter: 13 |
|---|---|
| Prior hearings on this obligation: N/A | Last Day to File §523/§727 Complaints: 06/25/2010 |

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

| Secured Creditor [ ] or lessor [ ]<br>Fair market value: $<br>Contract Balance: $<br>Monthly Payment: $<br>Insurance Advance: $ | Source of value:<br>Pre-Petition Default:$<br>No. of months:<br>Post-Petition Default:$<br>No. of months: |
|---|---|

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA): 23 Pine Avenue, Mount Hermon, California 95041

| Fair market value: $420,000.00 | Source of value: Broker's Price Opinion<br><br>If appraisal, date: February 5, 2010 |
|---|---|

Moving Party's position (first trust deed, second, abstract, etc.): First Deed of Trust

| Approx. Bal. $220,334.90<br>As of (date): May 26, 2010<br>Mo. payment: $ 1,625.53<br>Notice of Default (date): 11/17/2009<br>Notice of Trustee's Sale: 02/19/2010 | Pre-Petition Default: $35,588.86<br>No. of months: 19<br>Post-Petition Default: $3,249.64<br>No. of months: 2<br>Advances Senior Liens: $ |
|---|---|

Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: Movant | $220,334.90 | $1,625.53 | $38,838.50 |
| 2nd Trust Deed: | $0.00 | $ | $ |
|  | $0.00 | $ | $ |
|  | $0.00 | $ | $ |
| Costs of Sale (8%) | $33,600.00 | $ | $ |
|  | (Total) $253,934.90 | $1,625.53 | $38,838.50 |

(D) Other pertinent information: Pursuant to Debtors' Chapter 13 Plan, the Debtors' property will be surrendered. Since the preparation of the Motion, the June payment has become due. Come hearing the July payment will become due.

| Dated: June 15, 2010 | /s/ PAUL OUDOM (CA SBN 237672)<br>Signature<br><br>PAUL OUDOM<br>Print or Type Name<br>Attorney for CitiMortgage, Inc |
|---|---|