| | |
|---|---|
| 1 | CASPER J. RANKIN (CA SBN 249196) |
| 2 | PAUL OUDOM (CA SBN 237672)<br>PITE DUNCAN, LLP |
| 3 | 4375 Jutland Drive, Suite 200<br>P.O. Box 17933 |
| 4 | San Diego, CA 92177-0933<br>Telephone: (858) 750-7600 |
| 5 | Facsimile: (619) 590-1385 |
| 6 | Attorneys for CITIMORTGAGE, INC |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In re | Case No. 10-52330 |
| DAVID RANDALL SMITH, | Chapter 13 |
| | R.S. No. PXO-242 |
| Debtor(s). | NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY<br>(11 U.S.C. § 362 and Bankruptcy Rule 4001) |
| | DATE: July 8, 2010<br>TIME: 2:00 pm<br>CTRM: 3020 |
| | 280 South 1st St. #3035<br>San Jose, CA 95113-3099 |

TO THE DEBTOR, DEBTOR'S ATTORNEY AND OTHER INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that on the date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order Granting Relief From Automatic Stay on the grounds set forth in the Motion for Relief From Automatic Stay and Declaration in Support of Motion for Relief From Automatic Stay filed concurrently herewith.

/./././

/././

/././

- 1 -

| | |
|---|---|
| 1 | PLEASE TAKE FURTHER NOTICE that Respondents must appear personally or by counsel at the above-captioned hearing and may file responsive pleadings, points and authorities and declarations. If Respondents fail to appear, default may be entered. |

Dated: June 15, 2010              PITE DUNCAN, LLP

/s/ PAUL OUDOM  (CA SBN 237672)
Attorneys for CITIMORTGAGE, INC

Case 10-52330    Doc# 21    Filed: 06/15/10    Entered: 06/15/10 12:09:24    Page 2 of 2