| | |
|---|---|
| 1 | CASPER J. RANKIN (CA SBN 249196) |
| 2 | TRAVIS J. LILLIE (CA SBN 267339)<br>PITE DUNCAN, LLP |
| 3 | 4375 Jutland Drive, Suite 200<br>P.O. Box 17933 |
| 4 | San Diego, CA 92177-0933<br>Telephone: (858) 750-7600 |
| 5 | Facsimile: (619) 590-1385 |
| 6 | Attorneys for CITIMORTGAGE, INC |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>DAVID RANDALL SMITH,<br><br>           Debtor(s). | Case No. 10-52330<br><br>Chapter 13<br><br>R.S. No. PXO-242<br><br>DECLARATION IN SUPPORT OF AMENDED MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY<br>(11 U.S.C. § 362 and Bankruptcy Rule 4001)<br><br>DATE:     August 11, 2010<br>TIME:     2:00 pm<br>CTRM:    3020<br><br>280 South 1st St. #3035<br>San Jose, CA 95113-3099 |

       I, Eric Rose, declare:

       1.     I am employed as a Bankruptcy Specialist by CitiMortgage, Inc. ("Movant"). I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would competently testify thereto. I am over 18 years of age. I have knowledge regarding Movant's interest in the real property that is the subject of this Motion.

       2.     I am familiar with the manner and procedures by which Movant's business records are obtained, prepared, and maintained. Those records are obtained, prepared, and

- 1 -

1 maintained by Movant's employees or agents in the performance of their regular business duties at or near the time, and conditions, and/or events recorded thereon. The records are made either by persons with knowledge of the matters they record or from information obtained by persons with such knowledge. I have knowledge and/or access to Movant's business records regarding the Note and Deed of Trust that are the subject of this action and have personally reviewed these business records prior to executing this declaration.

3. On or about January 23, 2006, David Randall Smith and Sandra K. Smith (collectively, the "Borrowers"), for valuable consideration, made, executed and delivered to Reunion Mortgage, Inc. ("Lender") a Note in the principal sum of $227,000.00 (the "Note"). Pursuant to the Note, Borrowers are obligated to make monthly principal and interest payments commencing March 1, 2006, and continuing until February 1, 2036, when all outstanding amounts are due and payable. A true and correct copy of the Note is attached hereto as exhibit A and incorporated herein by reference.

4. Movant qualifies as the Note holder with standing to prosecute the instant Motion as Lender specially indorsed the Note to Movant and Movant is currently in rightful possession of the specially indorsed Note.

5. On or about January 23, 2006, Borrowers made, executed and delivered to Lender a Deed of Trust (the "Deed of Trust") granting Lender a security interest in the certain real property located at 23 Pine Avenue, Mount Hermon, California 95041 (hereinafter "Real Property"), which is more fully described in the Deed of Trust. The Deed of Trust provides that attorneys' fees and costs incurred as a result of the Debtor's bankruptcy case may be included in the outstanding balance under the Note. The Deed of Trust was recorded on January 31, 2006, in the Official Records of Santa Cruz County, State of California. A true and correct copy of the Deed of Trust is attached hereto as exhibit B and incorporated herein by reference.

/././
/././
/././
/././

6. Subsequently, Lender's beneficial interest in the Note and Deed of Trust was sold, assigned and transferred to Movant. A true and correct copy of the Corporation Assignment of Deed of Trust evidencing the Assignment of the Deed of Trust to Movant is attached hereto as exhibit C and incorporated herein by reference.

7. The obligations under the Note are in default for failure to make payments as of September 1, 2008. As of May 26, 2010, the principal obligation due and owing under the Note is in the approximate amount of $220,334.90. Moreover, the total arrears under the Note are in the approximate sum of $38,838.50, excluding the post-petition attorneys' fees and costs incurred in filing the instant Motion. This is an approximate amount for purposes of this Motion only, and should not be relied upon as such to pay off the subject loan as interest and additional advances may come due subsequent to the filing of the Motion. An exact payoff amount can be obtained by contacting Movant's counsel.

8. Movant has not received the post-petition payments owing for April 1, 2010 through May 1, 2010. Accordingly, the post-petition arrears owing under the Note are in the approximate sum of $3,249.64, consisting of one (1) payments of $1,624.11, and one (1) payments of $1,625.53, excluding the post-petition attorneys' fees and costs incurred in filing the instant Motion. A true and correct copy of the post-petition payment accounting pursuant to Local Rule 4001-1(g)(1) is attached hereto as exhibit D and incorporated herein by reference.

9. A debtor's failure to make post-petition mortgage payments as they become due in a Chapter 13 case constitutes "cause" for relief from the automatic stay pursuant to 11 United States Code § 362(d)(1). <u>In re Ellis</u>, 60 B.R. 432, 435 (B.A.P. 9th Cir. 1985). Accordingly, as the Debtor has failed to make post-petition payments under the Note, Movant is entitled to relief from the automatic stay pursuant to 11 United States Code § 362(d)(1).

12. Movant is informed and believes that, based on a Broker's Price Opinion, the fair market value of the Property as of February 5, 2010, is approximately $420,000.00. A true and correct copy of the Broker's Price Opinion is attached hereto as exhibit E and incorporated herein by reference.

/./././

13. Based on the above, under the best case scenario, Movant is informed and believes that the equity in the Real Property is as follows:

| | |
|---|---:|
| Fair Market Value: | $420,000.00 |
| Less: | |
| Movant's Trust Deed | $220,334.90 |
| Costs of Sale (8%) | $33,600.00 |
| Equity in the Property: | $166,065.10 |

Debtor's Chapter 13 Plan indicates it is the intent of the Debtor to surrender the Real Property in full satisfaction of Movant's secured claim. A true and correct copy of Debtor's Chapter 13 Plan is attached to the Declaration in Support of Motion for Relief From Automatic Stay and Co-Debtor Stay as exhibit F and incorporated herein by reference.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this __11__ day of __JUNE__, 2010, at __Irving__, __Texas__ (city, state).

_[signature]_