| | |
|---|---|
| 1 | CASPER J. RANKIN (CA SBN 249196) |
| 2 | TRAVIS J. LILLIE (CA SBN 267339) |
|   | PITE DUNCAN, LLP |
| 3 | 4375 Jutland Drive, Suite 200 |
|   | P.O. Box 17933 |
| 4 | San Diego, CA 92177-0933 |
|   | Telephone: (858) 750-7600 |
| 5 | Facsimile: (619) 590-1385 |

Attorneys for CITIMORTGAGE, INC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| In re | Case No. 10-52330 |
|---|---|
| DAVID RANDALL SMITH, | Chapter 13 |
|  | R.S. No. PXO-242 |
| Debtor(s). | NOTICE OF CONTINUED HEARING ON AMENDED MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY<br>(11 U.S.C. § 362 and Bankruptcy Rule 4001) |
|  | DATE:	August 11, 2010<br>TIME:	2:00 pm<br>CTRM:	3020 |
|  | 280 South 1st St. #3035<br>San Jose, CA 95113-3099 |

TO THE DEBTOR, DEBTOR'S ATTORNEY AND OTHER INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that on the date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order Granting Relief From Automatic Stay and Co-Debtor Stay on the grounds set forth in the Amended Motion for Relief From Automatic Stay and Co-Debtor Stay and Declaration in Support of Amended Motion for Relief From Automatic Stay and Co-Debtor Stay filed concurrently herewith.

/././/

/././/

- 1 -

PLEASE TAKE FURTHER NOTICE that Respondents must appear personally or by counsel at the above-captioned hearing and may file responsive pleadings, points and authorities and declarations. If Respondents fail to appear, default may be entered.

Dated: July 12, 2010         PITE DUNCAN, LLP

/s/ TRAVIS J. LILLIE (CA SBN 267339)
Attorneys for CITIMORTGAGE, INC