DAVID RANDALL SMITH
P.O. Box 436
Mt. Hermon, Ca. 95041
(831) 234-8407
Debtor *pro se*

ORIGINAL FILED SEP 15 2010 CLERK United States Bankruptcy Court San Jose, California

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA- SAN JOSE DIVISION

| In the Matter of: | Case No. 10-52330 |
|---|---|
| DAVID RANDALL SMITH | Chapter 13 |
| | DEBTOR'S AMENDED OBJECTION TO MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY. |
| | DATE: September 29, 2010<br>TIME: 2:00 pm<br>ROOM: 3020 |
| | 280 South 1st St. #3035<br>San Jose, CA 95113-3099 |

DEBTOR, DAVID R. SMITH, files this Objection to Amended Motion For Relief From Automatic Stay and Co-Debtor Stay as filed by alleged Creditor, CITIMORTGAGE, INC. (Movant) and is based on the following:

CITIMORTGAGE is not the creditor of the mortgage issued by Reunion Mortgage on January 23, 2006 and has not issued a valid proof of claim, or demonstrated their security interest as required by F.R.B.P. Rule 3001.

Citimortgage's alleged proof of claim is not accompanied by evidence that the creditor has authority to bring the claim, has standing or that the security interest has been perfected as required under F.R.B.P. Rule 3001(d) and is facially defective and does not constitute prima facie validity of the claim.

The proof of claim does not set forth the creditor's claim with proper specificity, pursuant to F.R.B.P. Rule 3001(a) & (c).

Citimortgage failed to file an amended DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY within 15 days of August 11, 2010 as ordered by the court during the hearing on that day and is now in default.

WHEREFORE, the debtor objects to Creditor's Motion and respectfully requests this Court enter an order disallowing the motion and proof of claim in it's entirety.

*[signature]*

DAVID RANDALL SMITH

DEBTORS OBJECTION TO MOTION FOR RELIEF FROM AUTOMATIC STAY