CASPER J. RANKIN (CA SBN 249196)
TRAVIS J LILLIE (CA SBN 267339)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for CITIMORTGAGE, INC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>DAVID RANDALL SMITH,<br><br>Debtor. | Case No. 10-52330<br><br>Chapter 13<br><br>SUPPLEMENTAL DECLARATION OF TRAVIS J. LILLIE IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY<br>(11 U.S.C. § 362 and Bankruptcy Rule 4001) |

I, Travis J. Lillie, declare:

1. I am an attorney admitted to practice law in the State of California and the United States Bankruptcy Court for the Northern District of California. I am employed as an Associate Attorney with the law firm of Pite Duncan, LLP. I have personal knowledge of the following facts, and if required to do so, would testify as follows.

2. On or about August 12, 2010, the Court ordered CitiMortgage, Inc. ("Movant"), by and through its counsel of record, Pite Duncan, LLP, to file certain supplemental information and documents in anticipation for the continued hearing, currently scheduled for September 29, 2010 at 2:15 p.m. In part, the Court ordered Movant to disclose the location of the subject promissory note ("Note") and produce a copy of the Note for the court's inspection.

3. The deadline for Pite Duncan, LLP to file a supplemental declaration stating that I was in possession of the original Note and file a copy of the original Note was September 1, 2010. David Randall Smith ("Debtor") then had until September 15, 2010 to respond to the supplemental declaration.

4. Pite Duncan, LLP did not receive the Note from Movant until September 16, 2010. Movant is agreeable to extending the Debtor's deadline to respond to the supplemental declaration for approximately two (2) weeks.

5. On or about September 16, 2010, Pite Duncan received the subject origination file from Movant containing all original "blue ink" documents as signed and initialed by Debtor and Sandra K. Smith at the time of the loan origination.

6. On Thursday, September 16, 2010, I made a photocopy of the original "blue ink" Note, including the back of the third page, and redacted the loan number from that photocopy. A true and correct copy of the original "blue ink" Note, as redacted by my hands, is attached hereto as exhibit 1 and incorporated herein by reference.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct. Executed this 16 day of September, 2010, at San Diego, California.