DAVID RANDALL SMITH
P.O. Box 436
Mt. Hermon, Ca. 95041
(831) 234-8407
Debtor *pro se*

ORIGINAL

FILED
SEP 2 7 2010
CLERK
United States Bankruptcy Court
San Jose, California

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA- SAN JOSE DIVISION

| In the Matter of: | Case No. 10-52330 |
|---|---|
| DAVID RANDALL SMITH | Chapter 13 |
| | DEBTOR'S SUPPLEMENT TO AMENDED OBJECTION TO MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY. |
| | DATE: September 29, 2010<br>TIME: 2:15 pm<br>ROOM: 3020 |
| | 280 South 1st St. #3035<br>San Jose, CA 95113-3099 |

DEBTOR, DAVID R. SMITH, files this Supplement to Amended Objection to Motion For Relief From Automatic Stay and Co-Debtor Stay as filed by alleged Creditor, CITIMORTGAGE, INC. (Movant) and is based on the following:

CITIMORTGAGE is not the creditor of the mortgage issued by Reunion Mortgage on January 23, 2006 because the FEDERAL HOME LOAN MORTGAGE CORPORATION (Freddie Mac) owns the loan. CITIMORTGAGE, INC., therefore, lacks standing.

Debtor objects to the copy of note filed in response to the August 11, 2010 court order which is different than the note that appeared before the court on that day. The copy of note filed with declaration under penalty of perjury lacks the endorsement that now appears on the third page. Debtor alleges the proof of claim dated April 2, 2010 is flawed upon its face and request the

1  court to strike the entire document.
2
3  Debtor objects to Movant's failure to comply with the August 11, 2010 court order which
4  required Movant to respond by August 25, 2010. Because the required documents were filed 3
5  weeks later, immediately after debtor's amended objection, debtor was deprived of the response
   time granted by the court.
6
7
8  Because Movant has filed a fraudulent claim, alleging they are the mortgage holder, when they
9  are not, debtor requests this motion and proof of claim be denied and sanctions ordered as court
10 sees appropriate, or in the alternative, an evidentiary hearing to present the facts of this matter
   now before the court.
11
12
13
14
15
16
17
18                                          _____
19                                          DAVID RANDALL SMITH
20
21
22
23
24
25
26
27
28

DEBTORS SUPPLEMENT TO OBJECTION TO MOTION FOR RELIEF FROM AUTOMATIC

In re: DAVID RANDALL SMITH
Bankr. No. 10-52330
RS No. PXO-242 USBC N.D. California

# PROOF OF SERVICE

I, the undersigned, declare that I reside in the County of Santa Cruz, State of California. I am over the age of eighteen (18) years and not a party to the within cause. My residential address is 5610 Scotts Valley Drive #276, Scotts Valley, CA 95066. On July 25, 2010

I served the foregoing:

1. Debtor's Supplement to Amended Objection to Motion for Relief from Automatic Stay and Co-Debtor Stay.
2. Supplement to Declaration of David Randall Smith in Support of Amended Objection to Motion for Relief from Stay.

[ ] BY FACSIMILE TRANSMISSION by transmitting a true copy thereof by facsimile transmission from the facsimile number to the interested parties to said action at the facsimile number(s) shown below.

[ x ] BY MAIL in the said cause by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Scotts Valley, CA addressed as shown below:

**PITE DUNCAN, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17993
San Diego, CA. 92177-0933

**U.S. Trustee**
Office of the U.S. Trustee/ Chapter 13
Devin Derham-Burk, Trustee
P.O. Box 50013
San Jose, CA. 95150-0013

I declare Under penalty of perjury that the foregoing is true and correct and executed on this 27TH day of September 2010, at Santa Cruz, California

JOHNNY POLISSO

PROOF OF SERVICE

Case: 10-52330    Doc# 31    Filed: 09/27/10    Entered: 09/27/10 13:05:13    Page 3 of 3