In re: DAVID RANDALL SMITH
Bankr. No. 10-52330
RS No. PXO-242 USBC N.D. California



FILED

NOV 0 8 2010

CLERK
United States Bankruptcy Court
San Jose, California

## PROOF OF SERVICE

I, the undersigned, declare that I reside in the County of Santa Cruz, State of California. I am over the age of eighteen (18) years and not a party to the within cause. My residential address is 5610 Scotts Valley Drive #276, Scotts Valley, CA 95066. On July 25, 2010

I served the foregoing amended documents:

1. CHAPTER 13 PLAN AMENDMENT.

2. SUMMARY OF SCHEDULES

3. AMENDED SCHEDULES "D", "E", "F", "H".

[ x ]  BY MAIL in the said cause by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Scotts Valley, CA addressed as shown below:

**PITE DUNCAN, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17993
San Diego, CA. 92177-0933

**Citimortgage**
P.O. Box 9438
Gaithersburg, MD 20808

**U.S. Trustee**
Office of the U.S. Trustee/ Chapter 13
Devin Derham-Burk, Trustee
P.O. Box 50013
San Jose, CA. 95150-0013

**Citimortgage**
1701 E. 60th St. N.
Sioux Falls, SD 57104

I declare Under penalty of perjury that the foregoing is true and correct and executed on this 3rd day of November 2010, at Santa Cruz, California.

JOHNNY POLISSO