DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

In re:

SMITH, DAVID RANDALL

Debtor(s)

Chapter 13
Case No. 10-52330 ASW

SECOND AMENDED TRUSTEE'S OBJECTION TO
CONFIRMATION WITH CERTIFICATE OF SERVICE

Pre-Hearing Conference Date: JANUARY 11, 2011
Pre-Hearing Conference Time: 1:45 PM
Place: 280 S. 1st Street Room 3020
   San Jose, CA
Judge: Arthur S. Weissbrodt

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of this .09% Plan for the following reasons:

1. The debtor has failed to provide the Trustee with a copy of his most recently filed tax return.

2. The debtor's Chapter 13 Plan was not filed with the Petition, and was not filed in time to be served with the Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines. The debtor must serve all creditors with the Chapter 13 Plan, along with the applicable, "Notice to Creditors Regarding Plan Provisions," and the "Order Establishing Procedures for Objection to Confirmation.

Trustee's Objection to Confirmation – 10-52330 ASW

3. An Amended Plan must be filed to clarify the debtor's intentions as to how unsecured creditors will be paid. Section 2(d) of the Plan is unclear.

4. The Trustee questions the feasibility of the debtor's Chapter 13 Plan. Pursuant to Schedule J, there is a deficit in the amount of $424.00 after the debtor's monthly expenditures and proposed monthly Plan payment.

5. The Trustee requests the debtor file an Amended Schedule B to list the year of the debtor's vehicles.

6. The Trustee requests the debtor file an Amended Schedule C list the descriptions of the debtor's personal property which are consistent with Schedule B.

7. The debtor has failed to provide his gross yearly income earned for the two years immediately preceding this filing under Section 1 of the Statement of Financial Affairs. Therefore, the Trustee requests the debtor file an Amended Statement of Financial Affairs to disclose this information.

8. The debtor has failed to file a Schedule H – Co debtors.

9. The debtor has failed to file a certificate of service to show that all creditors were noticed of the First Amended Plan filed November 2, 2011.

10. There appears to be a violation of Section 1325(a)(4) in that unsecured creditors would receive more in a Chapter 7 liquidation. The excess equity, above the debtor's exemption, in the debtor's personal property is $95,832.50. Unsecured creditors are entitled to receive 100% plus interest at the rate of .34%. The Trustee requests the debtor file an Amended Plan to provide for 100 cents on the dollar to unsecured creditors in Section 2(d) and to all the following language to Sec 7, "General unsecured creditors shall receive interest at the federal judgment inertest rate of .34%."

11. The debtor filed an Amended Schedule F on December 29, 2010 which added Citimortgage (accounts #8260 and #4017) and Indymac Bank. The Trustee requests clarification as it appears said creditors are secured and should be listed on Schedule D.

THE TRUSTEE STRONGLY RECOMMENDS DEBTOR CONTACT AN EXPERIENCED CHAPTER 13 ATTORNEY FOR ASSISTANCE. DEBTOR'S FAILURE TO COMPLY WITH THE BANKRUPTCY CODE MAY RESULT IN DISMISSAL OF THE CASE.

Dated: January 6, 2011  /S/ Devin Derham-Burk

Chapter 13 Trustee

# CERTIFICATE OF SERVICE BY MAIL

  I declare that I am over the age of 18 years, not a party to the within cause; my business address is 983 University Ave. C-100, Los Gatos, California 95032. I served a copy of the within Second Amended Trustee's Objection to Confirmation by placing same in an envelope in the U.S. Mail at Los Gatos, California on January 6, 2011.

  Said envelopes were addressed as follows:

| | |
|---|---|
| DAVID RANDALL SMITH<br>P O BOX 436<br>MT HERMON CA 95041 | PRO-PER |

        /S/ Chaovalai Chulasawan
        Office of Devin Derham-Burk, Trustee