DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile:  (408) 354-5513

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

In re:

SMITH, DAVID RANDALL

Chapter 13
Case No. 10-52330 ASW

TRUSTEE'S OBJECTION TO DEBTOR'S
CLAIM OF EXEMPTIONS WITH
CERTIFICATE OF SERVICE

Judge: Arthur S. Weissbrodt

Debtor(s)

Devin Derham-Burk, Trustee in the above matter, objects to the debtor's claim of exemptions for the following reasons:

1. The debtor has incorrectly claimed as exempt $150,000.00 in his real property located at 412 Mustang Mesa, Boulder Creek, CA under C.C.P. §704.730. The debtor is not disabled or over 65 years of age, therefore the debtor is not entitled to take the exemptions in the amount of $150,000.00.

Dated: January 6, 2011                    /S/ Devin Derham-Burk
                                          _____
                                          Chapter 13 Trustee

Objection to Claim of Exemptions – 10-52330 ASW

# CERTIFICATE OF SERVICE BY MAIL

I declare that I am over the age of 18 years, not a party to the within cause; my business address is 983 University Ave. C-100, Los Gatos, California 95032. I served a copy of the within Trustee's Objection to Debtor's Claim of Exemptions by placing same in an envelope in the U.S. Mail at Los Gatos, California on January 6, 2011.

Said envelopes were addressed as follows:

| | |
|---|---|
| DAVID RANDALL SMITH<br>P O BOX 436<br>MT HERMON CA 95041 | PRO-PER |

/S/  Chaovalai Chulasawan
Office of Devin Derham-Burk, Trustee