DAVID RANDALL SMITH
P.O. Box 436
Mt. Hermon, Ca. 95041
(831) 234-8407
Debtor *pro se*

FILED
JAN 26 2011
Clerk
United States Bankruptcy Court
San Jose, California

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA- SAN JOSE DIVISION**

| | |
|---|---|
| In the Matter of:<br><br>DAVID RANDALL SMITH | Case No. 10-52330<br><br>Chapter 13<br><br>NOTICE RE: NON COMPLIANCE WITH COURT ORDER<br><br>DATE: February 7, 2011<br>TIME: 2:00 pm<br>ROOM: 3020<br><br>280 South 1st St. #3035<br>San Jose, CA 95113-3099 |

On November 3, 2010 the court ordered movant Citimortgage to file brief and declaration regarding their relationship to owner of note no later than December 15, 2010. Movant has failed to file any response in conformance with the order. Movant is not in compliance with the order and has consumed valuable and limited court resources with a motion it chose not to pursue. Debtor, therefore, requests the court make a finding of non compliance and then enter an Order Denying the Motion for Relief from Stay, with prejudice.

Dated February 26, 2011

DAVID RANDALL SMITH