FILED

FEB 07 2011

United States Bankruptcy Court
San Jose, California

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                                    ) Case No. 10-52330-ASW
                                         )
DAVID RANDALL SMITH,                     ) Chapter 13
                                         )
                 Debtor.                 )
_____)

### ORDER CONTINUING HEARING AND AMENDING BRIEFING SCHEDULE

On July 12, 2010, Citimortgage, Inc. ("Movant") filed and served an Amended Motion for Relief from Automatic Stay and Co-Debtor Stay ("Motion"). At a hearing on November 3, 2010, the Court continued the hearing on the Motion to February 7, 2010 and ordered Movant to file a brief and a declaration as to Movant's relationship to the owner of the subject promissory note no later than December 15, 2010. Debtor was to file a response by January 10, 2011, and Movant was to file a reply by January 20, 2011. On February 4, 2011, Movant filed a Supplemental Brief in Support of Motion for Relief from Automatic Stay and Co-Debtor Stay. Movant has not filed a declaration in accordance with the Court's oral order.

Good cause appearing, IT IS HEREBY ORDERED THAT:

(1) The hearing on the Motion currently set for February 7,

2011 is continued to March 9, 2011 at 2:00 p.m.

  (2) On or before February 22, 2011, Movant shall file and serve the declaration(s) as ordered by the Court at the November 3, 2010 hearing.

  (3) On or before March 1, 2011, Debtor ~~shall~~ *may* ASW file and serve a response to Movant's brief filed on February 4, 2011 and any declaration(s) filed per paragraph (2) above.

(4) No papers shall be filed after 3/1/11. ASW

Dated: 2/7/11

*/s/ Arthur S. Weissbrodt*
ARTHUR S. WEISSBRODT
UNITED STATES BANKRUPTCY JUDGE

ORDER CONTINUING HEARING AND
AMENDING BRIEFING SCHEDULE

| | |
|---|---|
| 1 | Court Service List |
| 2 | David Randall Smith<br>PO Box 436 |
| 3 | Mt. Hermon, CA 95041 |
| 4 | Trustee<br>Devin Derham-Burk |
| 5 | P.O. Box 50013<br>San Jose, CA 95150-0013 |
| 6 | |
| 7 | Casper J. Rankin<br>Hieu T. Pham<br>Pite Duncan, LLP |
| 8 | 4375 Jutland Drive, Suite 200<br>P.O. Box 17933 |
| 9 | San Diego, CA 92177-0933 |
| 10 | Office of the U.S. Trustee<br>U.S. Federal Bldg. |
| 11 | 280 S 1st St. #268<br>San Jose, CA 95113-3004 |

UNITED STATES BANKRUPTCY COURT
For The Northern District Of California

ORDER CONTINUING HEARING AND
AMENDING BRIEFING SCHEDULE