**Notice to all attorneys:** Mandatory electronic filing began January 1, 2005. See www.canb.uscourts.gov for details.

Form STCASW

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: David Randall Smith | Case No.: 10–52330 ASW 11 |
|---|---|
| Debtor(s) | Chapter: 11 |

## NOTICE OF STATUS CONFERENCE IN CHAPTER 11

Notice is hereby given that a status conference before the Honorable Arthur S. Weissbrodt United States Bankruptcy Judge, will be held as follows:

| **DATE:** April 15, 2011 | **TIME:** 02:00 PM |
|---|---|
| **LOCATION:** U.S. Courthouse and Federal Bldg., 280 S 1st Street, Courtroom 3020 3rd Fl., San Jose, CA 95113 | |

Please note that at said status conference, the court may, among other things, review the debtor's monthly operating reports and set a deadline for the filing of a plan and disclosure statement.

The court may hear at the status conference, on fourteen days notice, the U.S. Trustee's motion, if any, to dismiss the case, convert the case to one under Chapter 7, or appoint a Chapter 11 trustee.

The debtor's attendance (with counsel, if the debtor is represented) is required. If debtor fails to appear, the court may, without further notice or hearing, order at said status conference that the case be dismissed or converted to Chapter 7, or that a Chapter 11 trustee be appointed. Creditor attendance is welcomed, but not required.

Dated: 2/16/11                                    By the Court:

                                                  Arthur S. Weissbrodt
                                                  United States Bankruptcy Court

Doc # 60

# CERTIFICATE OF NOTICE

```
District/off: 0971-5          User: jdustin              Page 1 of 1                  Date Rcvd: Feb 16, 2011
Case: 10-52330                Form ID: STCASW            Total Noticed: 26

The following entities were noticed by first class mail on Feb 18, 2011.
db         +David Randall Smith,   PO Box 436,   Mt. Hermon, CA 95041-0436
smg         CA Employment Development Dept.,   Bankruptcy Group MIC 92E,   P.O. Box 826880,
             Sacramento, CA  94280-0001
smg         CA Franchise Tax Board,   Attn: Special Procedures,   P.O. Box 2952,   Sacramento, CA  95812-2952
smg         IRS,   P.O. Box 7346,   Philadelphia, PA  19101-7346
smg         Secretary of The Treasury,   15th and Pennsylvania Ave. NW,   Washington, DC  20220-0001
smg        +State Board of Equalization,   Attn: Special Procedures Section, MIC:55,   P.O. Box 942879,
             Sacramento, CA  94279-0001
reqntc      CitiMortgage, Inc.,   1000 Technology Drive,   O'Fallon, MO  63368-2240
reqntc     +CitiMortgage, Inc.,   Pite Duncan, LLP,   4375 Jutland Drive,   Suite 200,   PO Box 17933,
             San Diego, CA 92177-7921
cr         +OneWest Bank, FSB,   c/o BDFTW,   20955 Pathfinder Rd., Ste. 300,   Diamond Bar, CA 91765-4029
11395135   +AT&T,   7171 Mercy Rd.,   Omaha, NE 68106-2620
10747904    American Express,   P.O. Box 981540,   El Paso, TX 79998-1540
11008778    American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
10747900   +CitiMortgage,   P.O. Box 9438,   Gaithersburg, MD 20898-9438
10816317   +CitiMortgage, Inc,   c/o Pite Duncan LLP,   4375 Jutland Drive, Suite 200,   P.O. Box 17933,
             San Diego, CA 92177-7921
10771635    CitiMortgage, Inc.,   c/o Larry Buckley,   1000 Technology Drive,   O Fallon, Missouri 63368-2240
10821466   +CitiMortgage, Inc.,   c/o Eddie R. Jimenez,   4375 Jutland Drive, Suite 200,   PO Box 17933,
             San Diego, CA 92177-7921
10747902   +Citibank,   701 E. 60th St. N,   Sioux Falls, SD 57104-0493
11395134   +Citibank,   100 citibank Dr.,   San Antonio, TX 78245-3202
11395136   +Citimortgage,   701 E. 60th St. N,   Sioux Falls, SD 57104-0432
10747901   +Indymac Bank,   P.O. Box 4045,   Kalamazoo, MI 49003-4045
10900856   +OneWest Bank, FSB,   888 E. Walnut Street,   Pasadena, CA 91101-1802
10850708   +PRA Receivables Management, LLC,   As Agent Of Portfolio Recovery Assocs.,   POB 41067,
             NORFOLK VA 23541-1067
10922127   +SBC Long Distance, LLC,   AT&T Attorney: James Grudus, Esq.,   AT&T Inc.,
             One AT&T Way, Room 3A218,   Bedminster, NJ 07921-2694,
             Telephone No: 908-234-3318 Fax: 832-213-
10747903   +USAA Bank,   10750 McDermott Fwy,   San Antonio, TX 78284-8850
10815301   +USAA FEDERAL SAVINGS BANK,   C O Weinstein And Riley, Ps,   2001 Western Avenue, Ste 400,
             Seattle, Wa 98121-3132

The following entities were noticed by electronic transmission on Feb 17, 2011.
smg           E-mail/Text: itcdbg@edd.ca.gov                           CA Employment Development Dept.,
             Bankruptcy Group MIC 92E,   P.O. Box 826880,   Sacramento, CA  94280-0001
10869401   +E-mail/Text: CDCAECF@BDFTW.COM
             BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP,   20955 PATHFINDER ROAD SUITE 300,
             DIAMOND BAR, CA 91765-4029
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          Citimortgage, Inc.
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 18, 2011                    Signature:        *[signed] Joseph Speetjens*