CASPER J. RANKIN (CA SBN 249196)
PARADA KOVADI (CA SBN 272724)
JOSEPH C. DELMOTTE (CA SBN 259460)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for CITIMORTGAGE, INC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>DAVID RANDALL SMITH,<br><br>Debtor.<br><br>—————————————<br>CITIMORTGAGE, INC<br><br>Movant,<br><br>vs.<br><br>DAVID RANDALL SMITH Debtor;<br>and DEVIN DERHAM-BURK, Chapter 13 Trustee,<br><br>Respondents. | Case No. 10-52330<br><br>Chapter 13<br><br>RS No. PXO - 242<br><br>SUPPLEMENTAL DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY<br>(11 U.S.C. § 362 and Bankruptcy Rule 4001) |

I, Eunique Collins, declare:

1) I am employed as a Bankruptcy Specialist by CitiMortgage, Inc. I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and

/././

would competently testify thereto. I am over 18 years of age. I have knowledge regarding CitiMortgage, Inc ("Movant") interest in the real property that is the subject of this Motion.

2. I am employed by CitiMortgage, Inc. ("CitiMortgage") as a Bankruptcy Specialist and am duly authorized to make this Declaration. I was employed by CitiMortgage at all times relevant herein.

3. I am one of the custodians of the books, records and files of CitiMortgage that pertain to loans and extensions of credit given to David R. Smith and Sandra K. Smith ("Borrowers") concerning the real property located at 23 Pine Avenue, Mouth Hermon, California 95041. I have personally worked on these books, records and files, and as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the business records of CitiMortgage on behalf of CitiMortgage, which were made at or about the time of the events recorded, and which are maintained in the ordinary course of CitiMortgage's business at or near the time of the acts, conditions or events to which they relate. Any such document was prepared in the ordinary course of business of CitiMortgage by a person who had personal knowledge of the event being recorded and had or has a business duty to record accurately such event.

4. CitiMortgage is an indirect wholly-owned subsidiary of Citigroup, Inc.

5. On or about January 23, 2006, Borrowers, for valuable consideration, made, executed and delivered to Reunion Mortgage, Inc., ("Lender") a Note in the principal sum of $227,000.00 (the "Note"). Pursuant to the Note, the Borrowers are obligated to make monthly principal and interest payments commencing March 1, 2006, and continuing until February 1, 2036, when all outstanding amounts are due and payable. The Note provides that, in the event of default, the holder of the Note has the option of declaring all unpaid sums immediately due and payable. A true and correct copy of the Note is attached hereto as **Exhibit A** and is incorporated herein by reference.

6. As security for the Note, on or about January 23, 2006, the Borrowers also executed a Deed of Trust granting Lender a security interest in real property commonly described as 23 Pine Avenue, Mount Hermon, California 95041 (the "Subject Property"), which

is more fully described in the Deed of Trust. The Deed of Trust was recorded on January 31, 2006, in the Official Records of Santa Cruz County, State of California. The Note and Deed of Trust are collectively referred to herein as the "Subject Loan." A true and correct copy of the Deed of Trust is attached hereto as **Exhibit B** and is incorporated herein by reference.

7. Subsequently, Lender's beneficial interest in the Note and Deed of Trust was sold, assigned and transferred to Movant. A true and correct copy of the Corporation Assignment of Deed of Trust evidencing the Assignment of the Deed of Trust to Movant is attached hereto as **Exhibit C** and incorporated herein by reference.

8. CitiMortgage currently has the contractual right and responsibility to service the obligations under the Note and Deed of Trust for the current owner of the Subject Loan, Federal Home Loan Mortgage Corporation ("FHLMC").

9. As the loan servicer, CitiMortgage acts as an agent for FHLMC and is responsible for the administration of the loan until the loan is paid in full, assigned to another creditor, or the servicing rights are transferred. Administering the loan includes sending monthly payment statements, collecting monthly payments, maintaining records of payments and balances, collecting and paying taxes and insurance (and managing escrow and impound funds), remitting monies tendered under the Note to FHLMC, following up on loan delinquencies, home loan workouts and home retention programs, and other general customer service functions. Further, in the event of a default under the terms of the Note or Deed of Trust, CitiMortgage is authorized by FHLMC under the terms of the loan servicing agreement to enforce the terms of the Deed of Trust.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, executed this 21st day of February 2011, at Irving, TX (city, state).

Enrique Collins