Recording Requested By
And When Recorded Mail To:

CITIMORTGAGE, INC.
P.O. BOX 790017
ST. LOUIS MO 63179-0017

CERTIFIED TO BE A TRUE AND EXACT COPY
OF THE ORIGINAL DOCUMENT RECORDED:
1-19-10
AS INSTRUMENT NUMBER:
2010 - 0001664
AS BOOK:

AS PAGE:

BY SERVICELINK

SPACE ABOVE THIS LINE FOR RECORDER'S USE

T.S. NO.   1243850-10
LOAN NO.   XXXXXX0826

## ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the undersigned hereby grants, assigns and transfers to
CITIMORTGAGE, INC.

all beneficial interest under that certain deed of trust dated January 23, 2006, executed by
DAVID R. SMITH AND SANDRA K. SMITH, HUSBAND AND WIFE AS COMMUNITY PROPERTY, trustor,
to SANTA CRUZ TITLE COMPANY, trustee, and recorded as Instrument No. 2006-0005777 on January 31, 2006
in book XX page XX, of Official Records in the County Recorder's office of SANTA CRUZ County,
CALIFORNIA describing land therein as

COMPLETELY DESCRIBED IN SAID DEED OF TRUST

together with the note or notes therein described or referred to, the money due and to become due thereon with
interest, and all rights accrued or to accrue under said Deed of Trust.

Dated:   10/5/09

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC.

_Yvonne J. Wheeler, Asst. Sec._

State of California
County of San Diego

On  JAN 13 2010  before me,  Jeffrey Starling  ,
a Notary Public, personally appeared

Yvonne J. Wheeler, Asst. Sec.  ,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the
within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized
capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of
which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the
State of California that the foregoing paragraph is true and correct.
WITNESS my hand and official seal                    (Seal)

Signature _Jeffrey Starling_

JEFFREY STARLING
COMMISSION # 1858755
Notary Public - California
SAN DIEGO COUTY
My Comm. Expires Jul 24, 2013

ASGNTD.doc                                Rev. 09/15/09                                Page 1 of 1

EXHIBIT C