VOLUNTARY PETITION

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Smith, David Randall,
soc. sec. no. 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
P.O. Box 436
Mt. Hermon, CA 95041
(831) 234-8407

Chapter 11

Case no. 10-52330

LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. Section 101(30), or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

Citimortgage, Inc. 1-800-248-4938
P.O. Box 9438
Gaithersburg, MD 20808
Nature of claim: Loan
Status: Disputed
Amount of claim: 222,926.35

Citimortgage  Tel N/A
701 E. 60th St. N.
Sioux Falls, SD 57104
Nature of claim: Loan
Status: Disputed
Amount of claim: 210,000.00

1

Indymac Bank 1-800-781-7399
P.O. Box 4045
Kalamazoo, MI 40409
Nature of claim: Loan
Status: Disputed
Amount of claim: 218,000.00

Citibank 1-800-374-9700
100 Citibank Dr.
San Antonio, TX. 79998
Nature of claim: Trade debt
Status: Disputed
Amount of claim: 24,339.00

USAA Bank 1-800-531-8722
10750 McDermitt Fwy
San Antonio, TX. 78288
Nature of claim: Trade debt
Status: Disputed
Amount of claim: 18,746

American Express 1-800-528-4800
P.O. Box 981540
El Paso, TX. 79998
Status: Disputed
Amount of claim: 2,687.00

AT&T 1-800-288-2020
7171 Mercy Road
Omaha, NE 68106
Nature of claim: Trade Payable
Status: Unliquidated
Amount of claim: 327.00

Date: March 2, 2011

David Randall Smith, Debtor