| | |
|---|---|
| 1 | EDDIE R. JIMENEZ (CA SBN 231239) |
| | PARADA KOVADI (CA SBN 272724) |
| 2 | GABRIEL OZEL (CA SBN 269098) |
| | PITE DUNCAN, LLP |
| 3 | 4375 Jutland Drive, Suite 200 |
| | P.O. Box 17933 |
| 4 | San Diego, CA 92177-0933 |
| | Telephone: (858) 750-7600 |
| 5 | Facsimile: (619) 590-1385 |
| 6 | Attorneys for CITIMORTGAGE, INC |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In re | Case No. 10-52330 |
| DAVID RANDALL SMITH, | Chapter 13 |
| Debtor. | R.S. No. PXO - 242 |
| | PROOF OF SERVICE BY MAIL |

I, Graham Waring, declare that:

I am employed in the County of San Diego, California. My business address is: 4375 Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92177-0933. I am over the age of eighteen years and not a party to this cause.

On April 4, 2011, I served the ORDER GRANTING ADEQUATE PROTECTION in said cause by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego, California, addressed as follows:

SEE ATTACHED SERVICE LIST.

The U.S. Trustee will be served by the Court via Notice of Electronic Filing (NEF) email, with corresponding hyperlink(s) to the documents via Pacer. The transmission of the NEF shall constitute effective service in accordance with BLR 9013-3(c) and 9022-1(b). The U.S. Trustee is a registered participant in the Court's electronic filing system and has consented to electronic service.

1 | I declare under penalty of perjury that the foregoing is true and correct and that this
2 | declaration was executed on April 4, 2011, at San Diego, California.
3 |
4 | /s/ Graham Waring
  | GRAHAM WARING

# SERVICE LIST

**DEBTOR**

David Randall Smith
PO Box 436
Mt. Hermon, CA 95041

**U.S. TRUSTEE**

U.S. Trustee
Department of Justice
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

**BORROWER**

Sandra K. Smith
23 Pine Avenue
Mount Hermon, CA 95041