# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| **In re Debtor(s):**<br><br>David Randall Smith | Case No.: 10−52330 ASW 11<br>Chapter: 11 |

## NOTICE OF FILING OF TRANSCRIPT
## AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on March 9, 2011 was filed on April 20, 2011. The following deadlines apply:

The parties have until Wednesday, April 27, 2011 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Wednesday, May 11, 2011.

If a request for redaction is filed, the redacted transcript is due Monday, May 23, 2011.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Tuesday, July 19, 2011, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jo McCall
Jo McCall Court Reporting
2868 East Clifton Court
Gilbert, AZ 85297

or you may view the document at the clerk's office public terminal.

Dated: 4/25/11

For the Court:

Gloria L. Franklin
Clerk of Court
United States Bankruptcy Court

```
                          United States Bankruptcy Court
                          Northern District of California
In re:                                                         Case No. 10-52330-ASW
David Randall Smith                                            Chapter 11
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0971-5          User: jdustin            Page 1 of 1        Date Rcvd: Apr 21, 2011
                              Form ID: TRANSC          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 23, 2011.
db            +David Randall Smith,    PO Box 436,   Mt. Hermon, CA 95041-0436
              +ROUSE & BAHLERT,    BY: NORMAN BAHLERT, ESQ.,   345 Franklin Street,
                San Francisco, California 94102-4427

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 23, 2011**                  Signature:       *Joseph Speetjens*

Case: 10-52330    Doc# 90    Filed: 04/23/11    Entered: 04/23/11 22:39:25    Page 2 of 2