DAVID RANDALL SMITH
P.O. Box 436
Mt. Hermon, Ca. 95041
(831) 234-8407
Debtor *pro se*

FILED
JUL 11 2011
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA- SAN JOSE DIVISION

In the Matter of:

DAVID RANDALL SMITH

    Debtor

Case No. 10-52330-ASW
Chapter 11

STATUS CONFERENCE STATEMENT

July 18, 2011  3:00 PM
Judge Arthur Weissbrodt

Debtor in Possession David Randall Smith submits this Case Status Conference Statement as follows:

    1. Debtor converted to Chapter 11 from Chapter 13 on February 14, 2011. Certain schedules were amended and debtor is currently continuing in pro per.

    2. The Monthly Operating Reports are current.

    3. Insurance on estate properties is current.

    4. Since June 2010, debtor has objected to claims of Citimortgage, and has filed an adversary proceeding to determine the validity of that claim.

    5. Debtor has opened two DIP accounts.

1

6. A disclosure statement and plan have yet to be produced by debtor as litigation with alleged creditors is continuing and a determination of alleged creditor claim is vital to any potential plan.

7. Anticipated continuing litigation includes an Objection to Proof of Claim with regard to debtor's property at 23 Pine Avenue Mount Hermon, Ca. 95041. Debtor alleges Citimortgage does not have a secured interest in the property.

8. In response to the court's request, debtor contacted three bankruptcy attorneys. One did not take chapter 11 cases, another granted a telephone consultation but requested a $25,000 retainer because of the adversary proceeding, and the other did not return the call.

Respectfully Submitted:

David Randall Smith

In re: DAVID RANDALL SMITH
Bankr. No. 10-52330
Adversary Case No. 11-05107
P.O. Box 436
Mt. Hermon, Ca. 95041
Telephone 831 234-8407

## PROOF OF SERVICE

I, Brent Smith, the undersigned, declare that I reside in the County of Santa Cruz, State of California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is Box 436, Mt. Hermon CA 95041. On June 29, 2011
I served the foregoing document:

NOTICE OF MOTION AND MOTION TO SET ASIDE/RECONSIDER ORDER GRANTING ADEQUATE PROTECTION

[ x ] BY MAIL in the said cause by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Boulder Creek, CA addressed as shown below:

**PITE DUNCAN, LLP**
4375 Jutland Drive, Suite 200
San Diego, CA. 92177-0933

**U.S. Trustee**
280 S 1st St # 268
San Jose, CA 95113-3000
(408) 535-5525

I declare Under penalty of perjury that the foregoing is true and correct and executed on this 29th day of June 2011 at Boulder Creek, California.

_Brent Smith_

BRENT SMITH

PROOF OF SERVICE