EDDIE R. JIMENEZ (CA SBN 231239)
PARADA KOVADI (CA SBN 272724)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for CITIMORTGAGE, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| In re | Case No. 10-52330 |
|---|---|
| DAVID RANDALL SMITH, | Chapter 11 |
| Debtor. | **PROOF OF SERVICE BY MAIL** |

I, Ellen Cha, declare that:

I am employed in the County of San Diego, California. My business address is: 4375 Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92177-0933. I am over the age of eighteen years and not a party to this cause.

On July 20, 2011, I served the following:

**(1) CITIMORTGAGE, INC.'S OPPOSITION TO DEBTOR'S MOTION TO SET ASIDE/ RECONSIDER ORDER GRANTING ADEQUATE PROTECTION; and**

**(2) CITIMORTGAGE, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEBTOR'S MOTION TO SET ASIDE/ RECONSIDER ORDER GRANTING ADEQUATE PROTECTION**

| | |
|---|---|
| 1 | in said cause by placing a true and correct copy thereof enclosed in a sealed envelope |
| 2 | with postage thereon fully prepaid in the United States Mail at San Diego, California, addressed |
| 3 | as follows: |
| 4 | SEE ATTACHED SERVICE LIST. |
| 5 | The U.S. Trustee will be served by the Court via Notice of Electronic Filing (NEF) email, |
| 6 | with corresponding hyperlink(s) to the documents via Pacer.  The transmission of the NEF shall |
| 7 | constitute effective service in accordance with BLR 9013-3(c) and 9022-1(b).  The U.S. Trustee |
| 8 | is a registered participant in the Court's electronic filing system and has consented to electronic |
| 9 | service. |
| 10 | I declare under penalty of perjury that the foregoing is true and correct and that this |
| 11 | declaration was executed on July 20, 2011, at San Diego, California. |
| 12 | |
| 13 | /s/  Ellen Cha<br>ELLEN CHA |

| | |
|---|---|
| 1 | **SERVICE LIST** |
| 2 | **DEBTOR** |
| 3 | David Randall Smith |
| 4 | PO Box 436<br>Mt. Hermon, CA 95041 |
| 5 | |
| 6 | **U.S. TRUSTEE** |
| 7 | U.S. Trustee<br>Department of Justice<br>U.S. Federal Bldg. |
| 8 | 280 S 1st St. #268<br>San Jose, CA 95113-3004 |
| 9 | **BORROWER** |
| 10 | Sandra K. Smith |
| 11 | 23 Pine Avenue<br>Mount Hermon, CA 95041 |