```
 1  DAVID RANDALL SMITH              FILED
    P.O. Box 436
 2  Mt. Hermon, Ca. 95041                          SEP 07 2011
 3  (831) 234-8407                           UNITED STATES CLERK
    Debtor pro se                            SAN JOSE, BANKRUPTCY COURT
 4                                                   CALIFORNIA
```



## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA- SAN JOSE DIVISION

| In the Matter of: | Case No. 10-52330-ASW |
|---|---|
| DAVID RANDALL SMITH | Chapter 11 |
| Debtor | NOTICE OF CONTINUED HEARING ON MOTIONS TO INCUR DEBT PARTS 1 AND 2 |
| | DATE: October 21, 2011<br>TIME: 2:15 PM<br>CTRM: 3020 |
| | 280 South 1st St. #3035<br>San Jose, CA 95113-3099 |

NOTICE IS HEREBY GIVEN of continued hearing and on the captioned date and time and in the indicated courtroom, Debtor David Randall Smith in the above-captioned matter will move this court to grant Debtor leave to incur new credit on the grounds set forth in the Motion To Incur New Unsecured Credit and Substitute For Secured Debt (Part 1) and Motion To Incur New Secured Credit and Substitute for Citimortgage Secured Debt filed on August 8, 2011.

PLEASE TAKE FURTHER NOTICE that Respondents must appear personally or by counsel at the above-captioned hearing and may file responsive pleadings, points and authorities and declarations. If Respondents fail to appear, default may be entered.

Dated September 6, 2011

_____
DAVID RANDALL SMITH

In re: DAVID RANDALL SMITH
Bankr. No. 10-52330
Adversary Case No. 11-05107
P.O. Box 436
Mt. Hermon, Ca. 95041
Telephone 831 234-8407

## PROOF OF SERVICE

I, Brent Smith, the undersigned, declare that I reside in the County of Santa Cruz, State of California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is Box 436, Mt. Hermon CA 95041. On September 6, 2011 I served the foregoing documents:

1. NOTICE OF CONTINUED HEARING ON MOTIONS TO INCUR DEBT PARTS 1 AND 2.

[ x ] BY MAIL in the said cause by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Mount Hermon, CA addressed as shown below:

Citimortgage, Inc. 1-800-248-4938
P.O. Box 9438
Gaithersburg, MD 20808

Citimortgage
701 E. 60th St. N.
Sioux Falls, SD 57104

Indymac Bank 1-800-781-7399
P.O. Box 4045
Kalamazoo, MI 40409

USAA Bank 1-800-531-8722
10750 McDermitt Fwy
San Antonio, TX. 78288

1

Citibank 1-800-374-9700
100 Citibank Dr.
San Antonio, TX. 79998

American Express 1-800-528-4800
P.O. Box 981540
El Paso, TX. 79998

AT&T 1-800-288-2020
7171 Mercy Road
Omaha, NE 68106

**PITE DUNCAN, LLP**
4375 Jutland Drive, Suite 200
San Diego, CA. 92177-0933

**U.S. Trustee**
280 S 1st St # 268
San Jose, CA 95113-3000
(408) 535-5525


I declare Under penalty of perjury that the foregoing is true and correct and executed on this 6TH- day of September 2011 at Boulder Creek, California.

_Brent Smith_

BRENT SMITH

2

PROOF OF SERVICE