| | |
|---|---|
| 1  DAVID E. McALLISTER (CA SBN 185831)<br>    dmcallister@piteduncan.com<br>2  ELLEN CHA (CA SBN 250243)<br>    echa@piteduncan.com<br>3  **PITE DUNCAN, LLP**<br>    4375 Jutland Drive, Suite 200<br>4  P.O. Box 17933<br>    San Diego, CA 92177-0933<br>5  Telephone: (858) 750-7600<br>    Facsimile: (619) 590-1385<br>6<br>7  Attorneys for *Defendants* CitiMortgage, Inc. and<br>    Federal Home Loan Mortgage Corporation | |

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>DAVID RANDALL SMITH,<br><br>DEBTOR.<br>_____<br><br>DAVID RANDALL SMITH,<br><br>PLAINTIFF,<br><br>v.<br><br>CITIMORTGAGE, INC; FEDERAL HOME LOAN MORTGAGE CORPORATION; and all persons claiming by, through, or under such person, all persons unknown, claiming any legal or equitable right, title, lien, or interest in the property described in the complaint adverse to Plaintiff's title thereto; and DOES 1-150, Inclusive,<br><br>DEFENDANTS. | Bankruptcy Case No. 10-52330<br><br>Chapter 11<br><br>Adversary Case No. 11-05107<br><br>**DEFENDANTS CITIMORTGAGE, INC. AND FEDERAL HOME LOAN MORTGAGE CORPORATION'S MOTION FOR SUMMARY JUDGMENT**<br><br><u>Hearing</u>:<br>Date: May 30, 2013<br>Time: 2:15 p.m.<br>Ctrm: 3020<br>Judge: Hon. Arthur S. Weissbrodt |

CitiMortgage, Inc. and Federal Home Loan Mortgage Corporation (hereinafter collectively "Defendants") hereby move for summary judgment against Plaintiff pursuant to Federal Rule of Civil Procedure 56, made applicable to adversary proceedings by Federal Rules of Bankruptcy Procedure 7056.

-1-

The grounds for the motion are:

Defendants are entitled to summary judgment as to the first and second causes of action. Citi qualifies as the "holder" of the Note because it is in possession of the Note, which is indorsed and payable in blank, and, therefore, is the person entitled to enforce the Note under the California Commercial Code. Where Plaintiff sets forth no genuine issue of material fact to defeat Citi's presumptively valid claim, Defendants are entitled to summary judgment that the claim be allowed in its entirety as against Plaintiff's bankruptcy estate.

Plaintiff's sixth cause of action fails as a matter of fact and law. Defendants' interest under the deed of trust, the right to foreclose, fails to give rise to the type of adverse claim of ownership contemplated under Cal. Code Civ. Proc. §761.020. Moreover, Plaintiff's Complaint fails to plead the requisite tender requirement and, thus, Plaintiff's sixth cause of action fails. To the extent that the quiet title action is premised upon the viability of Plaintiff's dispute as to the validity of the underlying debt, where Plaintiff's first and second causes of action fail and no exceptions to the tender requirement are available to Plaintiff, the quiet title claim must also fail.

Respectfully submitted,

Dated: April 11, 2013        PITE DUNCAN, LLP

/s/ *Ellen Cha*
ELLEN CHA
Attorneys for *Defendants* CitiMortgage, Inc. and
Federal Home Loan Mortgage Corporation