David E. Mcallister (SBN 185831)
dmcallister@piteduncan.com
Ellen Cha (SBN 250243)
echa@piteduncan.com
**PITE DUNCAN, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for *Defendants*
CitiMortgage, Inc. and Federal Home Loan Mortgage Corporation

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In Re<br><br>DAVID RANDALL SMITH,<br><br>Debtor.<br><br>DAVID RANDALL SMITH,<br><br>Plaintiff,<br><br>vs.<br><br>CITIMORTGAGE, INC.; FEDERAL HOME LOAN MORTGAGE CORPORATION; and all persons claiming by, through, or under such person, all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiff's title thereto; and DOES 1-150, inclusive,<br><br>Defendants. | Bankruptcy Case No. 10-52330<br><br>Chapter 11<br><br>Adv. Case No. 11-05107<br><br>**DECLARATION OF CITIMORTGAGE, INC. IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

I, Ellen Hatfield, declare:

1. I am over 18 years of age and employed as a Vice President/Operations Manager in CitiMortgage, Inc.'s ("Citi") bankruptcy department. In this capacity, I am authorized to make this declaration regarding the loan described below (the "Loan").

2. In my capacity as a Vice President/Operations Manager at Citi, I am responsible for managing Citi's bankruptcy employees, the bankruptcy adversary team, and the affidavit team within

the bankruptcy department. I have direct involvement with the management of the employees in Citi's bankruptcy department. I have access to Citi's business records, including the business records for and relating to the Loan. I am familiar with and understand the manner in which Citi maintains its business records. Citi's records are obtained, kept, and maintained by Citi in the regular course of its business and Citi relies on such records in the ordinary course of its business. I make this declaration based upon my review of Citi's records relating to the Loan and from my own personal knowledge of how they are kept and maintained.

3. I have reviewed Citi's business records that relate to the Loan and I relied upon these records for the statements made in this declaration.

## I. LOAN ORIGINATION

4. In January of 2006, David Randall Smith and Sandra K. Smith (collectively, the "Borrowers") applied to Reunion Mortgage, Inc. ("Reunion") and were approved for the Loan, which was in the principal amount of $227,000.00. A copy of Borrowers' loan application is attached hereto as **Exhibit A**.

5. In connection with the Loan, Borrowers executed a promissory note (the "Note") in the original principal sum of $227,000.00, dated January 23, 2006, which was made payable to Reunion and is secured by a deed of trust (the "Deed of Trust") encumbering the real property located at 23 Pine Avenue, Mount Hermon, California 95041 (the "Property"). The Deed of Trust reflects that it was recorded in the Official Records of Santa Cruz, California. Copies of the Note and Deed of Trust are attached hereto as **Exhibits B and C**, respectively.

6. According to the HUD-1 Statement for the Loan, the Loan proceeds were used to payoff Borrowers' loan with Washington Mutual Bank. A copy of the HUD-1 Statement is attached hereto as **Exhibit D**.

## II. LOAN TRANSFER TO CITI

7. According to Citi's records, in February of 2006, Citi purchased a pool of loans from Reunion, including the Loan. Citi funded its acquisition of the Loan on or about February 6, 2006. A copy of Citi's record reflecting Citi's acquisition of the Loan is attached hereto as **Exhibit E**.

8. In connection with Reunion's sale of the Loan to Citi, the Note was endorsed to Citi ("Reunion Indorsement"). The Reunion Indorsement is located on the back of the third page of the Note. A second indorsement in blank ("Citi Indorsement") appears on the front side of the third page on the Note. (*See* **Exhibit B**).

9. A copy of a letter dated February 7, 2006, by which Reunion notified Borrowers of the transfer of the Loan to Citi is contained in Citi's loan records. A copy of the Notice of Transfer of Loan is attached hereto as **Exhibit F**.

10. On February 18, 2006, Citi notified Borrowers that it acquired the servicing rights to the Loan. According to the notice, the first payment under the Loan was due on March 1, 2006. A copy of the letter notifying Borrowers of Citi's acquisition of the servicing rights to the Loan is attached hereto as **Exhibit G**.

11. Citi's records reflect that it has continually serviced the Loan since February of 2006 and continues to service the Loan as of the date of this declaration.

### III. TRANSFER OF LOAN TO FREDDIE MAC AND CITI'S SERVICING RIGHTS

12. On or about March 13, 2006, the Loan was sold by Citi to Freddie Mac, thus transferring ownership of the Loan from Citi to Freddie Mac. The sale price of the Loan was $226,794.79 (the "Purchase Price").

13. The sale of the Loan is reflected in Citi's records as a sale to Investor 3404, which is the internal code that Citi uses to identify Freddie Mac. A copy of Citi's records reflecting the sale of the Loan to Freddie Mac is attached hereto as **Exhibit H**.

14. Freddie Mac paid Citi the Purchase Price on or about March 13, 2006. (*See* **Exhibit H**).

15. Citi obtained possession of the original Note and Deed of Trust from Citibank, N.A. on or about September 13, 2010, and has remained in possession, either directly or through its counsel, Pite Duncan, LLP ("Pite"), since that date. Copies of Citi's records reflecting the file location history and the mailing receipt are attached hereto as **Exhibit I**.

16. On or about September 15, 2010, Citi mailed the original Note and Deed of Trust to its counsel, Pite Duncan, LLP ("Pite"), at Pite's office in San Diego, California. A copy of the

mailing receipt is attached hereto as **Exhibit J**.

### IV. BORROWERS' DEFAULT UNDER LOAN AND FORECLOSURE ACTION

18. As of October 2009, Borrowers were in default under the Loan.

19. As a result of Borrowers' default under the Loan, Citi retained Cal-Western Reconveyance Corporation ("Cal-Western") to initiate foreclosure proceedings against the Property in October, 2009.

I declare under penalty of perjury that the foregoing is true and correct.

Executed April 10, 2013, at Irving, Texas.

_____
ELLEN HATFIELD