DAVID E. McALLISTER (CA SBN 185831)
dmcallister@piteduncan.com
ELLEN CHA (CA SBN 250243)
echa@piteduncan.com
**PITE DUNCAN, LLP**
4375 JUTLAND DRIVE, SUITE 200
P.O. BOX 17933
SAN DIEGO, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for *Defendants* CitiMortgage, Inc. and Federal Home Loan Mortgage Corporation

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In Re<br><br>DAVID RANDALL SMITH,<br><br>DEBTOR. | Bankruptcy Case No. 10-52330<br><br>Chapter 11<br><br>Adversary Case No. 11-05107 |
| DAVID RANDALL SMITH,<br><br>Plaintiff,<br><br>vs.<br><br>CITIMORTGAGE, INC.; FEDERAL HOME LOAN MORTGAGE CORPORATION; and all persons claiming by, through, or under such person, all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiff's title thereto; and DOES 1-150, inclusive,<br><br>Defendants. | **DECLARATION OF ELLEN CHA IN SUPPORT OF DEFENDANTS CITIMORTGAGE, INC. AND FEDERAL HOME LOAN MORTGAGE CORPORATION'S MOTION FOR SUMMARY JUDGMENT**<br><br>**Hearing:**<br>Date: May 30, 2013<br>Time: 2:15 p.m.<br>Ctrm: 3020<br>Judge: Hon. Arthur S. Weissbrodt |

I, Ellen Cha, declare:

1. I am over the age of 18 years old and have personal knowledge of the matters set forth in this declaration and if called upon to testify could and would competently testify thereto.

2. I am an associate attorney with the law firm of Pite Duncan, LLP. Our firm represents CitiMortgage, Inc. ("Citi") and Federal Home Loan Mortgage Corporation ("Freddie Mac") in regard to the above-captioned adversary proceeding.

3. On December 13, 2011 and October 8, 2012, the deposition of Yvonne Wheeler of Cal-Western Reconveyance Corporation ("Cal-Western") was taken in San Diego, California. In response to the request for production of documents in conjunction with the deposition, Cal-Western designated and produced certain documents. Relevant portions of the deposition transcript and document production are attached hereto as **Exhibit A** and incorporated herein by reference.

4. On March 15, 2012, the deposition of Marsha Berlinski of Reunion Mortgage, Inc. was taken in San Jose, California. Relevant portions of the deposition transcript are attached hereto as **Exhibit B** and incorporated herein by reference.

5. On September 6, 2012, the deposition of Janet Sims of Citi was taken in St. Louis, Missouri. Relevant portions of the deposition transcript are attached hereto as **Exhibit C** and incorporated herein by reference.

6. On March 19, 2013, the deposition of Dean Meyer of Freddie Mac was taken in Washington D.C. In response to the request for production of documents in conjunction with the deposition, Freddie Mac designated and produced certain documents. Relevant portions of the deposition transcript and document production are attached hereto as **Exhibit D** and incorporated herein by reference.

7. On or about September 15, 2010, Citi mailed our office the original ink Note and Deed of Trust and our office has been in possession of these documents for the purposes of this litigation as an agent for and bailee of Citi. A copy of the mailing receipt is attached hereto as **Exhibit E** and incorporated herein by reference.

8. The Freddie Mac Single Family/Single-Family Seller/Servicer Guide ("Guide") is a publically accessible document and can be found at: http://www.allregs.com/tpl/Main/aspx. Due to the size of the document, only relevant portions of the Guide are produced for the purposes of this motion. Copies of Sections 56.7, 16.4, and 52.7 are attached hereto as **Exhibit F**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, executed this 11th day of April 2013, at San Diego, California.

/s/ *Ellen Cha*
ELLEN CHA