David E. McAllister (SBN 185831)
dmcallister@piteduncan.com
Ellen Cha (SBN 250243)
echa@piteduncan.com
**PITE DUNCAN, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for *Defendants* CitiMortgage, Inc.
and Federal Home Loan Mortgage Corporation

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

| | |
|---|---|
| In re<br><br>DAVID RANDALL SMITH,<br><br>Debtor.<br><hr>DAVID RANDALL SMITH,<br><br>Plaintiff,<br><br>vs.<br><br>CITIMORTGAGE, INC.; FEDERAL HOME LOAN MORTGAGE CORPORATION; and all persons claiming by, through, or under such person, all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiff's title thereto; and DOES 1-150, inclusive,<br><br>Defendants. | Case No. 10-52330<br><br>Chapter 13<br><br>Adv. Case No. 11-05107<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS CITIMORTGAGE, INC. AND FEDERAL HOME LOAN MORTGAGE CORPORATION'S MOTION FOR SUMMARY JUDGMENT**<br><br>**Hearing:**<br>Date: May 30, 2013<br>Time: 2:15 p.m.<br>Ctrm: 3020<br>Judge: Hon. Arthur S. Weissbrodt |

CitiMortgage, Inc. and Federal Home Loan Mortgage Corporation (hereinafter collectively "Defendants") respectfully request that the Court take judicial notice of the records more particularly described below pursuant to the provisions of Rule 201(b) and Rule 201(d) of the Federal Rules of Evidence, made applicable to these proceedings under Rule 9017 of the Federal

1

Rules of Bankruptcy Procedure:

- **EXHIBIT A**: Deed of Trust dated January 23, 2006 encumbering the property located at 23 Pine Avenue, Mount Hermon, California 95041. The Deed of Trust was recorded in the Official Records of Santa Cruz County, State of California as Instrument No. 2006-0005777 on January 31, 2006.
- **EXHIBIT B**: Full Reconveyance executed by Washington Mutual Bank, FA and recorded in the Official Records of Santa Cruz, California as Instrument No. 2006-0016821.
- **EXHIBIT C**: Substitution of Trustee recorded in the Official Records of Santa Cruz County, State of California as Instrument No. 2010-0001663.
- **EXHIBIT D**: Assignment of Deed of Trust recorded in the Official Records of Santa Cruz County, State of California as Instrument No. 2010-0001664.
- **EXHIBIT E**: Notice of Default recorded in the Official Records of Santa Cruz County, State of California as Instrument No. 2009-0053784.
- **EXHIBIT F**: Notice of Trustee's Sale recorded in the Official Records of Santa Cruz County, State of California as Instrument No. 2010-0006322.
- **EXHIBIT G**: Relevant excerpts of Freddie Mac Single Family/Single-Family Seller/Servicer Guide.

Respectfully submitted,

Dated: April 11, 2013　　　　　PITE DUNCAN, LLP

/s/ *Ellen Cha*
ELLEN CHA (CA SBN 250243)
Attorneys for *Defendants* CitiMortgage, Inc.
and Federal Home Loan Mortgage Corporation

2