DAVID RANDALL SMITH
P.O. Box 436
Mt. Hermon, Ca. 95041
(831) 234-8407
Debtor *pro se*

The following constitutes the
Order of the Court. Signed _4/30_ 20_13_

HON. ARTHUR S. WEISSBRODT
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA- SAN JOSE DIVISION

In re

DAVID RANDALL SMITH

Case No. 10-52330-ASW
Adversary Case No. 11-05107

Chapter 11

DAVID RANDALL SMITH, an individual,

                    Plaintiff,

-vs-

CITIMORTGAGE, INC.; FEDERAL HOME
LOAN MORTGAGE CORPORATION; and
all persons claiming by, through, or under
such person, all persons unknown, claiming
any legal or equitable right, title, estate, lien,
or interest in the property
described in the complaint adverse to
Plaintiff's title thereto; and DOES 1-150,
Inclusive

                    Defendants

**ORDER RE:
MOTION TO EXTEND**

An order extending the Dispositive Motions Deadline.

**IT IS HEREBY ORDERED:**

1. Dispositive Motions deadline extended to July 31, 2013.

**\*\*END OF ORDER\*\***