

**IT IS SO ORDERED.**
**Signed May 26, 2013**

**Arthur S. Weissbrodt**
**U.S. Bankruptcy**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 10-52330-ASW |
| DAVID RANDALL SMITH, | **Adv. Pro. No. 11-05107-ASW** |
| Debtor. | |
| DAVID RANDALL SMITH, | |
| Plaintiff, | |
| v. | |
| CITIMORTGAGE, IN., FEDERAL HOME LOAN MORTGAGE CORP., and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., | |
| Defendants. | |

### ORDER GRANTING MOTION TO SHORTEN TIME

The Court has reviewed Plaintiff's Motion to Shorten Time (docket no. 185) for hearing on Plaintiff's Motion to Continue Hearing.  Good cause appearing, the motion is GRANTED.

Plaintiff's Motion to Continue Hearing (docket no. 187) will be heard on **May 30, 2013 at 3:00 p.m.**

///

UNITED STATES BANKRUPTCY COURT
For The Northern District Of California

1     Responses are due by noon on May 30, 2013.

2     IT IS SO ORDERED.

3

4     **\*\*\* END OF ORDER \*\*\***

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    **COURT SERVICE LIST**

2

3    David Randall Smith
     P.O. Box 436
     Mt. Hermon, CA 95041

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28