```
                          United States Bankruptcy Court
                          Northern District of California
Smith,
        Plaintiff                                          Adv. Proc. No. 11-05107-ASW

Citimortgage, Inc,
        Defendant            CERTIFICATE OF NOTICE

District/off: 0971-5          User: lubarron          Page 1 of 2          Date Rcvd: May 28, 2013
                              Form ID: pdfeoapc       Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2013.
pla            +David Randall Smith,   P.O. Box 436,   Mt. Hermon, CA 95041-0436

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 30, 2013**            Signature: *Joseph Speetjens*

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 28, 2013 at the address(es) listed below:
              Ellen   Cha    on behalf of Defendant    Federal Home Loan Mortgage Corporation and Mortgage
               Electronic Registration Systems, Inc. ecfcanb@piteduncan.com
              Ellen   Cha    on behalf of Defendant    CITIMORTGAGE, INC. AND FEDERAL HOME LOAN MORTGAGE
               CORPORATION ecfcanb@piteduncan.com
              Ellen   Cha    on behalf of Defendant    Mortgage Electronic Registration Systems, Inc.
               ecfcanb@piteduncan.com
              Ellen   Cha    on behalf of Defendant    Federal Home Loan Mortgage Corporation
               ecfcanb@piteduncan.com
              Ellen   Cha    on behalf of Defendant    Citimortgage, Inc ecfcanb@piteduncan.com
                                                                                               TOTAL: 5



**IT IS SO ORDERED.**
**Signed May 26, 2013**

**Arthur S. Weissbrodt**
**U.S. Bankruptcy**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 10-52330-ASW |
| DAVID RANDALL SMITH, | **Adv. Pro. No. 11-05107-ASW** |
| Debtor. | |
| DAVID RANDALL SMITH, | |
| Plaintiff, | |
| v. | |
| CITIMORTGAGE, IN., FEDERAL HOME LOAN MORTGAGE CORP., and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., | |
| Defendants. | |

**ORDER GRANTING MOTION TO SHORTEN TIME**

The Court has reviewed Plaintiff's Motion to Shorten Time (docket no. 185) for hearing on Plaintiff's Motion to Continue Hearing. Good cause appearing, the motion is GRANTED.

Plaintiff's Motion to Continue Hearing (docket no. 187) will be heard on **May 30, 2013 at 3:00 p.m.**

///

1 | Responses are due by noon on May 30, 2013.
2 | IT IS SO ORDERED.

**\*\*\* END OF ORDER \*\*\***

**COURT SERVICE LIST**

David Randall Smith
P.O. Box 436
Mt. Hermon, CA 95041

UNITED STATES BANKRUPTCY COURT
For The Northern District Of California

3