| Department | Method of Communication With Dept. | Documents | Responsive to Discovery Requests | How Document is Ordinarily Maintained | Document Previously Produced | Documents Withheld (Based on Proprietary/Confidential Nature of Document/Financial Privacy)[1] |
|---|---|---|---|---|---|---|
| Contracting and Business Operations | Email | - Master Commitment, dated July 7, 2005, and amendments thereto<br>- Selling Contract Detail<br>- Freddie Mac Form 15A Settlement Summary Fixed Rate Multi-lender<br>- Freddie Mac Funding Detail Report<br>- Master Agreement dated October 22, 2004 | - Documents evidencing purchase of subject loan*<br>- Documents evidencing transfer of funds for purchase of loan*<br>- Documents evidencing receipt of funds for sale of loan* | Computer System/ Paper Form | N/A | - Master Agreement dated October 22, 2004<br>- Master Commitment, dated July 7, 2005, and amendments thereto<br>- Selling Contract Detail<br>- Freddie Mac Form 15A Settlement Summary Fixed Rate Multi-lender<br>- Freddie Mac Funding Detail Report |
| Securitization/ Securities Operations/ Legal Department | Email | - FM Mortgage Participate Certificate<br>- Pool Supplement | All pool records, including when loan was placed in pool, removed from pool, pool certificates* | FM Website/ Computer System | - FM Mortgage Participate Certificate<br>- Pool | FM will produce internal screen shot reflecting date loan was removed from pool |

---

[1] With respect to documents withheld based on financial privacy, proprietary and trade secret privilege, Freddie Mac agrees to produce these documents under a non-disclosure agreement that Plaintiff will not use the information for any other purpose than this litigation. In the event Plaintiff does not agree, Freddie Mac will file the necessary motion for protective order.

* Freddie Mac objects to this request on the ground that it seeks irrelevant information that is not reasonably calculated to lead to the discovery of admissible evidence. This objection applies to all requests herein that are followed by the asterisk symbol (*).

| | | | | | | |
|---|---|---|---|---|---|---|
| | | and Mortgage Loan Schedule<br>• Offering Circular, dated July 1, 2004<br>• Internal screen shot which reflects that loan was removed from pool on 2/15/2010 | | | Supplement and Mortgage Loan Schedule<br>• Offering Circular, dated July 1, 2004 | |
| Servicing Department/ Legal Department/ Contracting and Business Operations | Email | • Record of remittances by Citi to FM<br>• Master Commitment and amendments<br>• FM Seller Servicer Guide | • Documents evidencing remittances by Citi to FM*<br>• Documents evidencing servicing fees paid to Citi*<br>• Documents regarding custodial account* | Computer System/ FM Website | • FM Seller Servicer Guide | • Record of remittances by Citi to FM<br>• Master Commitment and amendments |
| Loss Mitigation Department | Email | • Single Family Loan Data screen (reflecting no mortgage insurance was purchased for loan) | Documents evidencing mortgage insurance or default insurance[3], * | Computer System | • Single Family Loan Data screen | N/A |

---

[3] Freddie Mac generally does not utilize the term "default insurance" and interprets this term to mean any insurance maintained on the subject loan to protect Freddie Mac from an incident of default. Freddie Mac has responded to Plaintiff's request for this information based on Freddie Mac's best, good faith understanding and interpretation of this term. If Plaintiff subsequently asserts a different interpretation than that presently understood by Freddie Mac, Freddie Mac reserves the right to supplement or amend this response as necessary.

Case: 11-05107    Doc# 201-1    Filed: 07/01/13    Entered: 07/01/13 16:10:38    Page 2 of 5

EXHIBIT A  Page 2

| Legal Department/Investor Operations | Email | N/A | Documents evidencing payments by FM to investors of pool [4],* | N/A | N/A | |
|---|---|---|---|---|---|---|
| Legal Department | Email | • FM Seller-Servicer Guide<br>• Master Agreement dated October 22, 2004<br>• Master Commitment dated July 7, 2005 | • Documents evidencing Citi's servicing obligations*<br>• Documents evidencing interests of Citi in loan<br>• Documents evidencing Citi's authority to collect payments due under loan, foreclose, act as note holder | FM Website/ Paper Form/ Computer System | • FM Seller-Servicer Guide<br>• Declaration of FM [Dckt. No. 168] | • Master Agreement dated October 22, 2004<br>• Master Commitment dated July 7, 2005 |
| Loss Mitigation Department | Email | N/A | Information/Documents evidencing pool insurance[5] or any other surety held for pool* | N/A | Previously responded to. | N/A |
| Legal Department | Email /telephone | • No specific information | Information/Documents regarding credit default swap[6],* | N/A | Previously responded to | N/A |

---

[4] Freddie Mac has conducted a search of its records for this information but, to date, has not been able to obtain any information or determine where it could obtain this information. To the extent necessary, Freddie Mac will supplement its response if and when it obtains any information responsive to this request in accordance with Fed. R. Civ. P. 26.

[5] Freddie Mac generally does not utilize the term "pool insurance" and interprets this term to mean any insurance held by FM for the identified pool A44088. Freddie Mac has responded to Plaintiff's request for this information based on Freddie Mac's best, good faith understanding and interpretation of this term. If Plaintiff subsequently asserts a different interpretation than that presently understood by Freddie Mac, Freddie Mac reserves the right to supplement or amend this response as necessary.

[6] For the purposes of responding to Plaintiff's request for this information, Freddie Mac understands credit default swap (CDS) to be a financial swap agreement whereby the seller of the CDS will compensate the buyer in the event of a loan default or other credit event. The buyer of the CDS makes a series of payments (the CDS "fee" or "spread") to the seller and, in exchange, receives a payoff if the loan defaults. Freddie Mac has responded to Plaintiff's request for

| | | | | | | |
|---|---|---|---|---|---|---|
| | | regarding credit default swaps related to the pool or subject loan exists since FM generally does not participate in such agreements | | | | |
| Legal Department | Email /telephone | • No specific information regarding TARP related to the pool or subject loan exists since FM does not receive such payments (TARP is U.S. Treasury administered program and presumably additional information can be obtained from U.S. Treasury) | Information/Documents regarding TARP[7], * | N/A | Previously responded to | N/A |

this information based on Freddie Mac's best, good faith understanding and interpretation of this term. If Plaintiff subsequently asserts a different interpretation than that presently understood by Freddie Mac, Freddie Mac reserves the right to supplement or amend this response as necessary.

[7] Freddie Mac understands the Troubled Asset Relief Program (TARP) as the program of the United States government to purchase assets and equity from financial institutions to strengthen its financial sector that was signed into law by U.S. President George W. Bush on October 3, 2008. Freddie Mac has responded to Plaintiff's request for this information based on Freddie Mac's best, good faith understanding and interpretation of this term. If Plaintiff subsequently asserts a different interpretation than that presently understood by Freddie Mac, Freddie Mac reserves the right to supplement or amend this response as necessary.

| MF and ICM Credit Risk/ Enterprise Risk Management/ Legal Department | Email /telephone | • Custodial Agreement, dated January 25, 2006<br>• Amendment, dated May 20, 1997<br>• Custodial Agreement: Single Family Mortgages, dated January 28, 2009<br>• Addendum to Custodial Agreement: Single-Family Mortgages, dated January 28, 2009<br>• Termination of Addendum to Custodial Agreement: Single-Family Mortgages, dated December 31, 2010 | Documents evidencing physical custody/possession of note, deed of trust, assignments | Paper Form/ Computer System | N/A | FM will produce these documents |
|---|---|---|---|---|---|---|