DAVID E. McALLISTER (CA SBN 185831)
dmcallister@piteduncan.com
ELLEN CHA (CA SBN 250243)
echa@piteduncan.com
**PITE DUNCAN, LLP**
4375 JUTLAND DRIVE, SUITE 200
P.O. BOX 17933
SAN DIEGO, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for CitiMortgage, Inc. and
Federal Home Loan Mortgage Corporation

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In Re<br><br>DAVID RANDALL SMITH,<br><br>DEBTOR. | Bankruptcy Case No. 10-52330<br><br>Chapter 11<br><br>Adversary Case No. 11-05107<br><br>**STATUS REPORT OF CITIMORTGAGE, INC. AND FEDERAL HOME LOAN MORTGAGE CORPORATION**<br><br>**Status Conference in Bankruptcy Case**:<br>Date:  April 23, 2012<br>Time:  2:15 p.m.<br>Ctrm:  3020<br>Judge: Hon. Arthur Weissbrodt<br><br>**Status Conference in Adversary Case**:<br>Date:  April 25, 2012<br>Time:  3:15 p.m.<br>Ctrm:  3020<br>Judge: Hon. Arthur Weissbrodt |

CitiMortgage, Inc. ("Citi") and Federal Home Loan Mortgage Corporation ("Freddie Mac") (hereinafter collectively "Defendants") hereby submit their Joint Status Report for the continued Status Conferences referenced-above.

On February 26, 2013, supplemental declarations of Citi and Freddie Mac were filed as ordered by the Court. Citi's declaration indicated that review with its Capital Markets department was still pending at the time the declaration was due.

Citi has produced documents from its Capital Market department with respect to this loan in response to the debtor's amended discovery requests served on or about April 1, 2013.

On March 19, 2013, the parties attended the deposition of Dean Meyer of Freddie Mac in Washington D.C.

On April 15, 2013, Citi and Freddie Mac filed their Motion for Summary Judgment with respect to the three remaining causes of action in the adversary proceeding. The hearing on the motion is set for May 30, 2013.

On April 7, 2013, the Debtor emailed Defendants' counsel advising that he wanted more time and requested an extension of the dispositive motion deadline to June 2013. The Debtor also inquired whether counsel would stipulate to the filing of an amended complaint. Counsel for Defendants advised that she would consult with her clients regarding the Debtor's requests. Under the circumstances, it appears that the Debtor can bring any cross motion for summary judgment to the Defendants' summary judgment motion and Defendants would be willing to stipulate to allow the Debtor to do so after the agreed upon April 30, 2013 deadline. However, Defendants cannot agree to stipulate to the filing of an amended complaint as the Court originally ordered the Debtor to file an amended complaint within 40 days after the hearing on the Defendants' Motion to Dismiss. The Debtor failed to do so and the parties have engaged in litigation over the past two (2) years on the three remaining claims in the adversary proceeding.

Respectfully submitted,

Dated: April 15, 2013

/s/ Ellen Cha
Ellen Cha