| | |
|---|---|
| DAVID E. McALLISTER (CA SBN 185831)<br>dmcallister@piteduncan.com<br>Ellen Cha (CA SBN 250243)<br>echa@piteduncan.com<br>**PITE DUNCAN, LLP**<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-0933<br>Telephone: (858) 750-7600<br>Facsimile: (858) 412-2704<br><br>Attorneys for *Defendants* CitiMortgage, Inc. and<br>Federal Home Loan Mortgage Corporation | |

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>DAVID RANDALL SMITH,<br><br>Debtor.<br><hr>DAVID RANDALL SMITH,<br><br>Plaintiff,<br><br>v.<br><br>CITIMORTGAGE, INC.; FEDERAL HOME LOAN MORTGAGE CORPORATION; and all persons claiming by, through, or under such person, all persons unknown, claiming any legal or equitable right, title, lien, or interest in the property described in the complaint adverse to Plaintiff's title thereto; and DOES 1-150, Inclusive,<br><br>Defendants. | Bankruptcy Case No. 10-52330<br><br>Chapter 11<br><br>Adversary Case No. 11-05107<br><br>**PROOF OF SERVICE** |

I, Meliza Martinez-Meza, hereby certify that:

I am over the age of 18 and not a party to this proceeding. My business address is: 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-0933.

/././

-1-  CASE No. 11-05107
PROOF OF SERVICE

| | |
|---|---|
| 1 | On September 17, 2013, a copy of the following documents: |
| 2 | **Federal Home Loan Mortgage Corporation's:** |
| 3 | - **Order re: Motion for Protective Order Pursuant to Fed. R. Civ. P. 26;** |

were served by placing copies thereof enclosed in a sealed envelope in the United States Mail, first class, postage prepaid, as follows:

DAVID RANDALL SMITH
P.O. BOX 436
MT. HERMON, CA 95041
*(Via U.S. Mail)*

CHAMBERS OF THE HON. ARTHUR S. WEISSBRODT
UNITED STATES BANKRUPTCY COURT
280 SOUTH FIRST ST. #3035
SAN JOSE, CA 95113-3004
*(Via U.S. Mail)*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/17/2013 | Meliza Martinez-Meza | /s/ *Meliza Martinez-Meza* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |