DAVID E. McALLISTER (CA SBN 185831)
dmcallister@piteduncan.com
ELLEN CHA (CA SBN 250243)
echa@piteduncan.com
**PITE DUNCAN, LLP**
4375 JUTLAND DRIVE, SUITE 200
P.O. BOX 17933
SAN DIEGO, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for *Defendants* CitiMortgage, Inc. and Federal Home Loan Mortgage Corporation

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In Re<br><br>DAVID RANDALL SMITH,<br><br>Debtor, | Bankruptcy Case No. 10-52330<br><br>Chapter 11<br><br>Adversary Case No. 11-05107 |
| DAVID RANDALL SMITH,<br><br>Plaintiff,<br><br>v.<br><br>CITIMORTGAGE, INC; FEDERAL HOME LOAN MORTGAGE CORPORATION; and all persons claiming by, through, or under such person, all persons unknown, claiming any legal or equitable right, title, lien, or interest in the property described in the complaint adverse to Plaintiff's title thereto; and DOES 1-150, Inclusive,<br><br>Defendants. | **CITIMORTGAGE, INC. AND FEDERAL HOME LOAN MORTGAGE CORPORATION' UNILATERAL STATUS REPORT**<br><br>**Status Conference in Adversary Case**:<br>Date: September 27, 2013<br>Time: 3:15 p.m.<br>Ctrm: 3020<br>Judge: Hon. Arthur Weissbrodt |

CitiMortgage, Inc. ("Citi") and Federal Home Loan Mortgage Corporation ("Freddie Mac") (hereinafter collectively "Defendants") hereby submit their Unilateral Status Report for the continued Status Conferences referenced-above.

- 1 -

1. Defendants' Motion for Summary Judgment filed on April 25, 2013 is set to be heard on October 4, 2013.  On September 6, 2013, Plaintiff, David Randall Smith, filed a Cross Motion for Summary Judgment which is scheduled to be heard on the same day.  More recently, the Court continued the following matters, Plaintiff's Motion to Compel and Defendants' Motion for Protective Order, to the same October 4, 2013 hearing date.  Based on the foregoing, Defendants request that the Status Conference on September 27, 2013 be continued to a date after the October 4, 2013 hearing on all these matters in the event a further conference is necessary.

Respectfully submitted,

Dated: September 23, 2013

/s/ Ellen Cha
ELLEN CHA