DAVID E. McALLISTER (CA SBN 185831)
dmcallister@piteduncan.com
ELLEN CHA (CA SBN 250243)
echa@piteduncan.com
**PITE DUNCAN, LLP**
4375 JUTLAND DRIVE, SUITE 200
P.O. BOX 17933
SAN DIEGO, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for *Defendants* CitiMortgage, Inc.
and Federal Home Loan Mortgage Corporation

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In Re<br><br>DAVID RANDALL SMITH,<br><br>DEBTOR. | Bankruptcy Case No. 10-52330<br><br>Chapter 11<br><br>**SUPPLEMENTAL DECLARATION OF ELLEN CHA**<br><br>**Hearing:**<br>Date:    October 4, 2013<br>Time:   3:00 p.m.<br>Ctrm:   3020<br>Judge:  Hon. Arthur S. Weissbrodt |

I, Ellen Cha, declare:

1. I am over the age of 18 years old and have personal knowledge of the matters set forth in this declaration and if called upon to testify could and would competently testify thereto.

2. I am an associate attorney with the law firm of Pite Duncan, LLP. Our firm represents CitiMortgage, Inc. ("Citi") and Federal Home Loan Mortgage Corporation ("Freddie Mac") in regard to the above-captioned adversary proceeding.

- 1 -

3. This Supplemental Declaration and exhibits 1-2 attached hereto are submitted in support of Defendants' Reply in support of Motion for Summary Judgment.

4. On July 1, 2013, Freddie Mac filed a Supplemental Declaration regarding its efforts to respond to the Court's blanket discovery order, as Adv. Dckt., No. 201 and 201-1. Attached hereto as **Exhibit 1** is a copy of Freddie Mac's records regarding the removal of the Loan from PC Pool A44088.[1]

5. On March 19, 2013, the deposition of Dean Meyer was taken in Washington D.C. Relevant portions of Dean Meyer's deposition transcript is attached hereto as **Exhibit 2** and incorporated herein by reference.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, executed this 27th day of September 2013, at San Diego, California.

/s/ *Ellen Cha*

---

[1] Pursuant to the Protective Order issued by the Court on September 23, 2013 as Adv. Dckt. No. 253, only the cover page is being filed with the Court. However, the entire document will be provided to the Court and Plaintiff for the purposes of this litigation.