# CONFIDENTIAL

## Loan Removal

EXHIBIT 1