1  MS. CHA: And do you have a general
2  knowledge of whether this specific loan has been
3  pulled out of any Pool of Trust.
4  THE WITNESS: This loan has been pulled off
5  this PC.
6  MS. CHA: But any specific date, you don't
7  know?
8  THE WITNESS: I don't have the exact --
9  there's a leger that I could obtain that would show
10 the actual date when the transaction occurred, but I
11 don't have that with me today.
12 BY MR. SMITH:
13    Q.  So your leger, that's not here today.
14        What else is on the leger?  Just the date?
15    A.  I would have to look at it.  It may have the
16 amount which is the outstanding principle balance at
17 the time of when the --
18    Q.  What other documents accompany -- accompany
19 the leger with when a loan is pulled out or
20 repurchased?
21    A.  I'm not sure what you mean.
22        That would show that --

Case: 11-05107   Doc# 257-2   Filed: 09/27/13   Entered: 09/27/13 16:26:27   EXHIBIT 2
                                    of 1                                    Page 1