Entered on Docket
October 02, 2013
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



IT IS SO ORDERED.
Signed October 2, 2013

Arthur S. Weissbrodt
U.S. Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 10-52330-ASW |
| DAVID RANDALL SMITH, | Chapter 11 |
| Debtor. | |
| DAVID RANDALL SMITH, | Adv. Pro. No. 11-5107-ASW |
| Plaintiff, | |
| v. | |
| CITIMORTGAGE, INC. and FEDERAL HOME LOAN MORTGAGE CORPORATION, | |
| Defendants. | |

**ORDER CONTINUING HEARING ON
CROSS-MOTIONS FOR SUMMARY JUDGMENT**

The hearings currently scheduled for October 4, 2013 at 3:00 p.m. on Defendants' and Plaintiff's cross-motions for summary judgment (docket nos. 166 and 242) are continued to **November 8, 2013 at 3:00 p.m.** to permit resolution of outstanding discovery issues. The hearings scheduled on Plaintiff's Motion to Compel and Plaintiff's Motion for Sanctions (filed in the main bankruptcy case) will be heard as scheduled on October 4, 2013.

ORDER

IT IS SO ORDERED.

*** END OF ORDER ***

**Court Service List**

David Randall Smith
P.O. Box 436
Mt. Hermon, CA 95041

Ellen Cha
Attorney for Defendants
**To be noticed via ECF**