DAVID E. McALLISTER (CA SBN 185831)
dmcallister@piteduncan.com
ELLEN CHA (CA SBN 250243)
echa@piteduncan.com
**PITE DUNCAN, LLP**
4375 JUTLAND DRIVE, SUITE 200
P.O. BOX 17933
SAN DIEGO, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for *Defendants* CitiMortgage, Inc. and Federal Home Loan Mortgage Corporation

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In Re<br><br>DAVID RANDALL SMITH,<br><br>DEBTOR.<br>_____<br><br>DAVID RANDALL SMITH,<br><br>Plaintiff,<br><br>vs.<br><br>CITIMORTGAGE, INC.; FEDERAL HOME LOAN MORTGAGE CORPORATION; and all persons claiming by, through, or under such person, all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiff's title thereto; and DOES 1-150, inclusive,<br><br>Defendants. | Bankruptcy Case No. 10-52330<br><br>Chapter 11<br><br>Adversary Case No. 11-05107<br><br>**STATEMENT RE: DECLARATION OF FEDERAL HOME LOAN MORTGAGE CORPORATION**<br><br>**Hearing:**<br>Date: October 4, 2013<br>Time: 3:00 p.m.<br>Ctrm: 3020<br>Judge: Hon. Arthur S. Weissbrodt |

On October 4, 2013, the above-caption matter came on for hearing on Plaintiff's Motion to Compel, at which time the court ordered Federal Home Loan Mortgage Corporation ("Freddie Mac") to file a declaration regarding discovery by October 11, 2013.

Freddie Mac has advised its counsel that additional time is needed to file the declaration. Accordingly, Freddie Mac will file the declaration no later than October 18.

Respectfully submitted,

DATED: October 11, 2013

/s/ *Ellen Cha*
ELLEN CHA