1  David E. McAllister (SBN 185831)
   dmcallister@piteduncan.com
2  Ellen Cha (SBN 250243)
   echa@piteduncan.com
3  Matthew R. Clark III (SBN 271054)
   mclark@piteduncan.com
4  **PITE DUNCAN, LLP**
   4375 Jutland Drive, Suite 200
5  P.O. Box 17933
   San Diego, CA 92177-0933
6  Telephone: (858) 750-7600
   Facsimile: (619) 590-1385
7
   Attorneys for *Movants/Secured Creditors*
8  CitiMortgage, Inc. and Federal Home Loan
   Mortgage Corporation

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>DAVID RANDALL SMITH,<br><br>Debtor. | Case No. 10-52330<br><br>Chapter 11<br><br>**DECLARATION OF ELLEN CHA IN SUPPORT OF CITIMORTGAGE, INC. AND FEDERAL HOME LOAN MORTGAGE CORPORATION'S MOTION TO DISMISS OR, IN THE ALTERNATIVE CONVERT, CHAPTER 11 BANKRUPTCY CASE**<br><br>**Hearing**:<br>Date:  August 22, 2013<br>Time:  2:15 p.m.<br>Ctrm:  3020 |

I, Ellen Cha, declare as follows:

1. I am employed as an Associate Attorney by Pite Duncan, LLP ("Pite"), counsel for CitiMortgage, Inc. ("Citi") and Federal Home Loan Mortgage Corporation in this proceeding. I am duly licensed to practice before all of the courts of the State of California and before this Court.

2. This declaration is based on my own personal knowledge, information provided to me by employees and staff, and upon my review of Pite's business records.

/./././

/./././

3. I have access to and am familiar with Pite's books and records regarding this case. I am familiar with the manner in which Pite maintains its books and records. Pite's records are made at or near the time of the occurrence of the matters set forth in such records by an employee or representative with knowledge of the acts or events recorded. Such records are obtained, kept and maintained by Pite in the regular course of its business. Pite relies on such records in the ordinary course of its business.

4. On June 15, 2011, the Court entered an *Order Granting Adequate Protection* [Dkt. No. 94] (the "Adequate Protection Order") in favor of Citi which, among other things, conditioned the continuation of the automatic stay as to Citi on *debtor* David Randall Smith's ("Debtor") payment of regular monthly payments to Citi in the amount of $1,607.08. The Adequate Protection Order was later amended on March 23, 2012, pursuant to the Court's *Order on Debtor's Motion to Set Aside/Reconsider Order Granting Adequate Protection* [Dkt. No. 154] (the "Revised Order").

5. Pursuant to the Revised Order, Debtor is required to tender monthly payments to Citi in the amount of $1,607.08, commencing January 20, 2012, and continuing each month thereafter. Pite is required to hold these payments in its client trust account pending further order of the Court.

6. Pite's records reflect that it is has received the following payments from Debtor:

| No. | Date | Amount |
|---|---|---|
| 1 | 1/17/2012 | $1,607.00 |
| 2 | 3/1/2012 | $1,607.08 |
| 3 | 3/21/2012 | $1,607.08 |
| 4 | 4/26/2012 | $1,607.08 |
| 5 | 5/21/2012 | $1,607.08 |
| 6 | 6/25/2012 | $1,607.08 |
| 7 | 7/30/2012 | $1,607.08 |
| 8 | 10/4/2012 | $1,607.08 |

| 9 | 10/4/2012 | $1,607.08 |
|---|---|---|
| 10 | 12/14/2012 | $1,607.08 |
| 11 | 2/14/2013 | $1,607.08 |
| 12 | 3/7/2013 | $1,607.08 |
| 13 | 5/17/2013 | $1,607.08 |
| 14 | 7/8/2013 | $1,607.08 |
| | **Total:** | **$24,106.12** |

7. Pite's records reflect that Citi has incurred over $139,000 in attorneys' fees in connection with Debtor's adversary case entitled *Smith v. CitiMortgage, et al.*, Case No. 11-05107 (Bankr. N.D. Cal.).

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 11, 2013.

/s/ *Ellen Cha*
ELLEN CHA