

David E. McAllister (SBN 185831)
dmcallister@piteduncan.com
Brian A. Paino (SBN 251243)
bpaino@piteduncan.com
Matthew R. Clark III (SBN 271054)
mclark@piteduncan.com
**PITE DUNCAN, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for *Defendants*
CitiMortgage, Inc. and Federal Home Loan Mortgage Corporation

IT IS SO ORDERED.
Signed April 2, 2014

Arthur S. Weissbrodt
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>DAVID RANDALL SMITH,<br><br>Debtor. | Case No. 10-52330<br><br>Chapter 11<br><br>Adv. Case No. 11-05107 |
| DAVID RANDALL SMITH,<br><br>Plaintiff,<br><br>v.<br><br>CITIMORTGAGE, INC.; FEDERAL HOME LOAN MORTGAGE CORPORATION; and all persons claiming by, through, or under such person, all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiff's title thereto; and DOES 1-150, inclusive,<br><br>Defendants. | **JUDGMENT** |

Pursuant to Federal Rule of Civil Procedure 58, as made applicable to this case by Federal Rule of Bankruptcy Procedure 7058, consistent with the Court's *Memorandum Decision on Cross-Motions for Summary Judgment* [Dkt. No. 274], and in consideration of the entirety of the record before the Court,

| | |
|---|---|
| 1 | **IT IS ORDERED** that *plaintiff* David Randall Smith's ("Plaintiff") *Cross Motion for* |
| 2 | *Summary Judgment* [Dkt. No. 242] is **DENIED**. |
| 3 | **IT IS FURTHER ORDERED** that *defendants* CitiMortgage, Inc. and Federal Home Loan |
| 4 | Mortgage Corporation's ("Defendants") *Motion for Summary Judgment* [Dkt. No. 166] is |
| 5 | **GRANTED**. |
| 6 | **IT IS FURTHER ORDERED** that judgment is entered in favor of Defendants and against |
| 7 | Plaintiff. |
| 8 | **IT IS FURTHER ORDERED** that Plaintiff takes nothing by reason of this action and his |
| 9 | *Adversary Complaint* [Dkt. No. 1] and this action are hereby dismissed. |
| 10 | **\*\*\* END OF JUDGMENT \*\*\*** |

## COURT SERVICE LIST

**Debtor/Plaintiff**

David Randall Smith
P.O. Box 436
Mt. Hermon, CA 95041