David E. McAllister (SBN 185831)
dmcallister@piteduncan.com
Ellen Cha (SBN 250243)
echa@piteduncan.com
Matthew R. Clark III (SBN 271054)
mclark@piteduncan.com
**PITE DUNCAN, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for *Movants/Secured Creditors*
CitiMortgage, Inc. and Federal Home Loan
Mortgage Corporation

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re | Case No. 10-52330 |
| DAVID RANDALL SMITH, | Chapter 11 |
| Debtor. | **DECLARATION OF MATTHEW R. CLARK III IN SUPPORT OF REPLY TO DEBTOR'S OPPOSITION TO MOTION TO DISMISS OR, IN THE ALTERNATIVE, CONVERT CHAPTER 11 BANKRUPTCY CASE** |
| | **Hearing**:<br>Date:    September 30, 2013<br>Time:   2:15 p.m.<br>Ctrm:   3020 |

I, Matthew R. Clark III, declare:

1.       I am employed as an Associate Attorney by Pite Duncan, LLP ("Pite"), counsel for CitiMortgage, Inc. and Federal Home Loan Mortgage Corporation (collectively, the "Movants") in this proceeding. I am duly licensed to practice before all of the courts of the State of California and before this Court.

2.       This declaration is based on my own personal knowledge, information provided to me by employees and staff, and upon my review of Pite's business records.

3.       I have access to and am familiar with Pite's books and records regarding this case. I am familiar with the manner in which Pite maintains its books and records. Pite's records are

made at or near the time of the occurrence of the matters set forth in such records by an employee or representative with knowledge of the acts or events recorded. Such records are obtained, kept and maintained by Pite in the regular course of its business. Pite relies on such records in the ordinary course of its business.

4.     On August 21, 2013, Pite served the above-captioned *debtor* David R. Smith ("Debtor") Movants': First Set of Requests for Production of Documents, First Set of Requests of Admission (the "RFAs"), and First Set of Interrogatories. A true and correct copy of the RFAs is attached hereto as **Exhibit A** and incorporated herein by reference.

5.     Pite's records reflect that it did not receive any response to the RFAs by the September 23, 2013 response deadline.

6.     On September 26, 2013, I received an email from Debtor wherein he indicated that his response to the RFAs is "on it's [*sic*] way." Debtor did not request an extension of the response deadline.

I declare under penalty or perjury that the foregoing is true and correct. Executed on September 26, 2013.

/s/ *Matthew R. Clark III*     _____
MATTHEW R. CLARK