David E. McAllister (SBN 185831)
dmcallister@piteduncan.com
Ellen Cha (SBN 250243)
echa@piteduncan.com
Matthew R. Clark III (SBN 271054)
mclark@piteduncan.com
**PITE DUNCAN, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for *Movants/Secured Creditors* CitiMortgage, Inc. and Federal Home Loan Mortgage Corporation

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>DAVID RANDALL SMITH,<br><br>Debtor. | Case No. 10-52330<br><br>Chapter 11<br><br>**REQUEST FOR ENTRY UPON LAND FOR INSPECTION** |

Pursuant to Federal Rule of Civil Procedure 34[1], *secured creditors* CitiMortgage, Inc. and Federal Home Loan Mortgage Corporation's ("Movants") request that *debtor* David Randall Smith ("Debtor") permit Movants or its agent to enter and inspect the real property commonly known as 23 Pine Avenue, Mount Hermon, California 95041 (the "Property"), on November 27, 2013, at 9:30 a.m. The purpose of this inspection is to obtain information to complete an interior appraisal of the Property.

Respectfully submitted,

**PITE DUNCAN, LLP**

Dated: October 16, 2013

/s/ *Matthew R. Clark III*
MATTHEW R. CLARK III
Attorneys for *Movants/Secured Creditors*
CitiMortgage, Inc. and Federal Home Loan
Mortgage Corporation

---

[1] As made applicable to this case by Federal Rule of Civil Procedure 7034 and Federal Rule of Bankruptcy Procedure 9014.