**Matthew R. Clark, III**

| | |
|---|---|
| **From:** | Matthew R. Clark, III |
| **Sent:** | Monday, October 14, 2013 4:45 PM |
| **To:** | davidwood100@yahoo.com |
| **Cc:** | Matthew R. Clark, III; Brian A. Paino; Ellen Cha |
| **Subject:** | RE: In re Smith, Case No. 10-52330 |
| **Attachments:** | 3634_001.pdf |

Hi Mr. Smith,

On September 27, 2013, our firm sent you the attached letter attempting to schedule a meet and confer pursuant to Federal Rule of Civil Procedure 37(a)(1). Several weeks have passed and you have failed to respond to our request. I will be available from 8:00 a.m. to 6:00 p.m. tomorrow to conduct the meet and confer. Unless you contact me by 5:00 p.m. tomorrow, our firm will be forced to proceed with filing a motion to compel.

Similarly, we have requested some dates/times to conduct an interior appraisal of the real property located 23 Pine Avenue, Mount Hermon, California 95041. As you know, the court already advised you to comply with this very simple request. Our appraiser has been standing by for these dates. Please provide our firm with some acceptable dates/times by 5:00 p.m. tomorrow or we will be forced to file a demand for inspection.

We look forward to hearing from you.

Thank you,

Matthew R. Clark
Associate Attorney
Pite Duncan, LLP
4375 Jutland Drive, Suite 200
San Diego, CA 92117
T: (858) 750-7717
F: (619) 590-1385
mclark@piteduncan.com

**From:** Matthew R. Clark, III
**Sent:** Friday, September 27, 2013 2:44 PM
**To:** davidwood100@yahoo.com
**Cc:** Matthew R. Clark, III
**Subject:** In re Smith, Case No. 10-52330

Hi Mr. Smith,

Attached, please find a copy of the Meet and Confer Notice that was sent via U.S. mail today. I left you a voicemail earlier this week. Please call me when you have a moment.

Best regards,

Matthew R. Clark
Associate Attorney
Pite Duncan, LLP

1