# EXHIBIT D

## SUMMARY OF FEES INCURRED BY CITIMORTGAGE, INC. AND FEDERAL HOME LOAN MORTGAGE CORPORATION FOR SERVICES PERFORMED BY PITE DUNCAN, LLP

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES PERFORMED | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 9/26/2013 | Attorney | Preparation of Meet and Confer letter pursuant to Federal Rule of Bankruptcy Procedure 9037 | .50 | $250 | $125.00 |
| 9/27/2013 | Attorney | Preparation of correspondence to Debtor attaching request for Meet and Confer pursuant to FRBP 9037 | .10 | $250 | $25.00 |
| 10/14/2013 | Attorney | Preparation of follow up correspondence to Debtor attaching request for Meet and Confer pursuant to FRBP 9037 | .10 | $250 | $25.00 |
| 10/21/2013 | Attorney | Analysis of Debtor's Objection to Discovery Requests and bankruptcy case docket to determine procedural history of discovery in bankruptcy case [.7]; Research of Fed. R. Civ. P. 37 and interpretive case law [1.2]; Preparation of: (1) Motion to Compel Responses to Discovery and for Monetary Sanctions, (2) Memorandum of Points and Authorities in Support of Motion to Compel Responses to Discovery and for Monetary Sanctions, and (3) Declaration in Support of Motion to Compel Responses to Discovery and for Monetary Sanctions [3.3] | 5.2 | $250 | $1,300.00 |
| | | | | | |

| Date | Role | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/22/2013 | Attorney | Analysis of and revisions to: (1) Motion to Compel Responses to Discovery and for Monetary Sanctions, (2) Memorandum of Points and Authorities in Support of Motion to Compel Responses to Discovery and for Monetary Sanctions, and (3) Declaration in Support of Motion to Compel Responses to Discovery and for Monetary Sanctions | .8 | $250 | $200.00 |
| 10/22/2013 | Paralegal | Preparation of Motion to Compel Responses to Discovery and for Monetary Sanctions and supporting documents for filing and filing of Motion to Compel Responses to Discovery and for Monetary Sanctions and supporting documents | .4 | $125 | $50.00 |
| | | | | **TOTAL:** | **$1,725.00** |