| | |
|---|---|
| 1 | DAVID E. McALLISTER (CA SBN 185831) |
| 2 | dmcallister@piteduncan.com |
| | ELLEN CHA (CA SBN 250243) |
| 3 | echa@piteduncan.com |
| | MATTHEW R. CLARK (SBN 271054) |
| 4 | mclark@piteduncan.com |
| | **PITE DUNCAN, LLP** |
| 5 | 4375 Jutland Drive, Suite 200 |
| | P.O. Box 17933 |
| 6 | San Diego, CA 92177-0933 |
| | Telephone: (858) 750-7600 |
| 7 | Facsimile: (619) 590-1385 |

Attorneys for CitiMortgage, Inc. and
Federal Home Loan Mortgage Corporation

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re | Bankruptcy Case No. 10-52330 |
| DAVID RANDALL SMITH, | Chapter 11 |
| DEBTOR. | **PROOF OF SERVICE** |

I, Meliza Martinez-Meza, certify as follows:

I am employed in the County of San Diego, State of California. My business address is: 4375 Jutland Drive, Suite 200, P.O. Box 17935, San Diego, CA 92177-0935. I am over the age of eighteen years and not a party to this cause.

On October 23, 2013, true and correct copies of the following:

- **Notice of Deposition and Request for Production of Documents Pursuant to Fed. R. Civ. P. 34**

were served, as indicated below, by the Court via NEF and hyperlink to the document and/or by first class United States Mail:

/./././

/./././

- 1 -    Bankruptcy Case No. 10-52330
**PROOF OF SERVICE**

| | |
|---|---|
| 1 | D<small>AVID</small> R<small>ANDALL</small> S<small>MITH</small> |
| 2 | P.O. B<small>OX</small> 436 |
| | M<small>T</small>. H<small>ERMON</small>, CA 95041 |
| 3 | (V<small>IA</small> U.S. M<small>AIL</small>) |

1. DAVID RANDALL SMITH
   P.O. BOX 436
   MT. HERMON, CA 95041
   (VIA U.S. MAIL)

I declare under penalty of perjury that the foregoing is true and correct

Dated: October 23, 2013        /s/ *Meliza Martinez-Meza*
                               MELIZA MARTINEZ-MEZA

- 2 -                                  Case No. 10-52330
**PROOF OF SERVICE**