UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 10-52330-ASW |
| David Randall Smith, | Chapter 11 |
| Debtors. | |

### ORDER CONTINUING HEARING

The hearing set for November 22, 2013 at 2:15 p.m. on the Motion to Compel, filed October 22, 2013, is continued to **December 5, 2013** at 2:15 **p.m.**

IT IS SO ORDERED.

Dated: November 14, 2013

ARTHUR S. WEISSBRODT
UNITED STATES BANKRUPTCY JUDGE

| | |
|---|---|
| 1 | Court Service List |
| 2 | David E. McAllister (SBN 185831) |
| | Ellen Cha (SBN 250243) |
| 3 | Matthew R. Clark III (SBN 271054) |
| | PITE DUNCAN, LLP |
| 4 | 4375 Jutland Drive, Suite 200 |
| | P.O. Box 17933 |
| 5 | San Diego, CA 92177-0933 |