DAVID E. McALLISTER (CA SBN 185831)
dmcallister@piteduncan.com
ELLEN CHA (CA SBN 250243)
echa@piteduncan.com
MATTHEW R. CLARK (SBN 271054)
mclark@piteduncan.com
**PITE DUNCAN, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for CitiMortgage, Inc. and
Federal Home Loan Mortgage Corporation

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>DAVID RANDALL SMITH,<br><br>DEBTOR. | Bankruptcy Case No. 10-52330<br><br>Chapter 11<br><br>**PROOF OF SERVICE** |

I, Meliza Martinez-Meza, certify as follows:

I am employed in the County of San Diego, State of California. My business address is: 4375 Jutland Drive, Suite 200, P.O. Box 17935, San Diego, CA 92177-0935. I am over the age of eighteen years and not a party to this cause.

On November 19, 2013, true and correct copies of the following:

- **Amended Notice of Deposition and Amended Request for Production of Documents**

were served, as indicated below, by the Court via NEF and hyperlink to the document and/or by first class United States Mail:

/././/

/././/

- 1 -    Bankruptcy Case No. 10-52330
**PROOF OF SERVICE**

| | |
|---|---|
| 1 | DAVID RANDALL SMITH |
| 2 | P.O. BOX 436 |
|   | MT. HERMON, CA 95041 |
| 3 | (VIA U.S. MAIL) |
| 4 | I declare under penalty of perjury that the foregoing is true and correct |
| 5 | Dated: November 19, 2013     /s/ *Meliza Martinez-Meza* |
|   |                                              MELIZA MARTINEZ-MEZA |

- 2 -   Case No. 10-52330
**PROOF OF SERVICE**