DAVID RANDALL SMITH
P.O. Box 436
Mt. Hermon, Ca. 95041
(831) 234-8407
Debtor *pro se*



UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA- SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>DAVID RANDALL SMITH | Case No. 10-52330-ASW<br><br>Chapter 11<br><br><br>**OBJECTION TO AMENDED NOTICE OF DEPOSITION AND REQUEST FOR PRODUCTION OF DOCUMENTS**<br><br>280 South 1st St. #3035<br>San Jose, CA 95113-3099 |

David R. Smith, the Debtor herein, enters his Objection to an "Amended Notice of Deposition and Production of Documents" issued by counsel for the entitites "CitiMortgage Inc." and "Federal Home Loan Mortgage Corporation," jointly. A primary basis for the Objection is that neither entity is a creditor before the Bankruptcy Court in the Debtor's petition.

More particularly, the entity "Federal Home Loan Mortgage Corporation" ["Freddie Mac"] has chosen to not file a Proof of Claim in the Debtor's bankruptcy estate. By freely electing to distance and remove itself from the Estate, the entity "Freddie Mac" cannot be heard to interpose itself into the affairs of Debtor, specifically including setting the Court's machinery

in motion by the issuance of a "Notice of Deposition and Production of Documents" however contrived.

Analogously, the entity "CitiMortgage Inc." is not a creditor before this bankruptcy court nor a claimant against the bankruptcy estate of the debtor. "CitiMortgage" has admitted to the Court that it has no ownership interest in any asset of the Estate. Further, although "CitiMortgage Inc." originally attempted to portray to this Court that it was the proper party as respects to a certain "mortgage" of Debtor, belatedly "CitiMortgage" has admitted that, to the extent it might have had such a claim in the past, it had long ago sold its interests to yet another. "CitiMortgage Inc." has no funds at risk, has occasioned no money loss, and has no injury in fact from any act of Debtor. As "CitiMortgage Inc." is not aggrieved by any act or failure to act of Debtor, and cannot be made whole or otherwise receive compensation for a non-existent risk of funds as pertains to Debtor, "CitiMortgage Inc." cannot be heard to engage the judicial machinery of this Court to advance a cause where there is no claim of loss.

"Freddie Mac" has refused to come before the Court and declare any claim or make any representation of creditorship, the entity chooses to distance itself from creditorship status.

It would appear that the sole entry of these parties into the matters of the Debtor's estate is their of-late Filing of a "Motion to Dismiss," which, given that the two entities have demonstrably no funds at risk or matter of risk of loss, would be egregiously inappropriate. The entities by their joint counsel are no more than officious intermeddlers within the matters of the Debtor's Estate.

For these reasons, none of the materials demanded in Production will serve any legitimate objective of the Requesting Parties as the Requesting Parties are not at risk of loss or are classically aggrieved by any act or failure to act by the debtor; thus it cannot be concluded otherwise than that the Discovery can serve no discernible purpose, and is for improper purpose."

For the foregoing reasons, the Debtor objects to the "Notice of Deposition and Production of Documents" crafted by Pite Duncan on behalf of the non-appearing entities "CitiMortgage inc." and "Federal Home Loan Mortgage Corporation."

Dated: December 4, 2013

David R. Smith

Debtor, Pro se

In re: DAVID RANDALL SMITH
Bankr. No. 10-52330 ASW
P.O. Box 436
Mt. Hermon, Ca. 95041

## PROOF OF SERVICE

I, the undersigned, declare that I reside in the County of Santa Cruz, State of California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is P.O. Box 436 Mt. Hermon Ca. 95041. On December 4, 2013.

I served the foregoing:

1. **MOTION TO QUASH SUBPOENA**
2. **NOTICE OF HEARING ON MOTION TO QUASH SUBPOENA**

[ x ] BY MAIL in the said cause by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Boulder Creek, CA addressed as shown below:

**PITE DUNCAN, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17993
San Diego, CA. 92177-0933

I declare Under penalty of perjury that the foregoing is true and correct and executed on this 4th day of December, 2013 at Boulder Creek, California.

*Everett Smith*
EVERETT SMITH

PROOF OF SERVICE