DAVID E. McALLISTER (CA SBN 185831)
dmcallister@piteduncan.com
ELLEN CHA (CA SBN 250243)
echa@piteduncan.com
Matthew R. Clark (CA SBN 271054)
mclark@piteduncan.com
**PITE DUNCAN, LLP**
4375 JUTLAND DRIVE, SUITE 200
P.O. BOX 17933
SAN DIEGO, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for *Movants* CitiMortgage, Inc. and Federal Home Loan Mortgage Corporation

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In Re<br><br>DAVID RANDALL SMITH,<br><br>DEBTOR. | Bankruptcy Case No. 10-52330<br><br>Chapter 11<br><br>**NOTICE OF DEPOSITION AND REQUEST FOR PRODUCTION OF DOCUMENTS PURSUANT TO FED. R. CIV. P. 34**<br><br>**Deposition:**<br>Date:   November 25, 2013<br>Time:  11:00 a.m.<br>Place:  Landi Court Reporters<br>          1292 Lincoln Avenue<br>          San Jose, CA 95125 |

**TO:** DAVID R. SMITH, PRO SE, P.O. BOX 436, MT. HERMON, CA 95041.

/././

/././

/././

/././

| | |
|---|---|
| 1 | **PLEASE TAKE NOTICE** that the testimony of David R. Smith will be taken on oral |
| 2 | examination before a Notary Public or some other official authorized by law to administer oaths, at |
| 3 | the office of Landi Court Reporters, 1292 Lincoln Avenue, San Jose, California 95125 on November |
| 4 | 25, 2013 at 11:00 a.m. The examination will be recorded stenographically and will be subject to |
| 5 | continuances or adjournment from time to time or place to place until completed. |
| 6 | **PLEASE TAKE FURTHER NOTICE** that David R. Smith is hereby requested to produce |
| 7 | the following documents and things pursuant to Fed. R. Civ. P. 34 (*See* **Exhibit A**) no later than |
| 8 | November 22, 2013, by 5:00 p.m. Please deliver the requested documents and things to: Pite |
| 9 | Duncan, LLP, 4375 Jutland Drive, Suite 200, San Diego, California 92117. |
| 12 | DATED: October 23, 2013 /s/ *Ellen Cha* <br> ELLEN CHA |

1  DAVID E. McALLISTER (CA SBN 185831)
   dmcallister@piteduncan.com
2  ELLEN CHA (CA SBN 250243)
   echa@piteduncan.com
3  Matthew R. Clark (CA SBN 271054)
   mclark@piteduncan.com
4  **PITE DUNCAN, LLP**
   4375 JUTLAND DRIVE, SUITE 200
   P.O. BOX 17933
5  SAN DIEGO, CA 92177-0933
   Telephone: (858) 750-7600
6  Facsimile: (619) 590-1385

7  Attorneys for *Movants* CitiMortgage, Inc. and
   Federal Home Loan Mortgage Corporation
8

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In Re<br><br>DAVID RANDALL SMITH,<br><br>DEBTOR. | Bankruptcy Case No. 10-52330<br><br>Chapter 11<br><br>**REQUEST FOR PRODUCTION OF DOCUMENTS PURSUANT TO FED. R. CIV. P. 34**<br><br>**Production Due Date:**<br>Date:   November 22, 2013<br>Time:   5:00 p.m.<br>Place:  Pite Duncan, LLP<br>            4375 Jutland Drive, Suite<br>            San Diego, CA 92177 |

**TO:   DAVID R. SMITH, PRO SE, P.O. BOX 436, MT. HERMON, CA 95041**

Pursuant to Federal Rule of Civil Procedure 34, made applicable to this case by Federal Rules of Bankruptcy Procedure 7034 and 9014, movants/secured creditors CitiMortgage, Inc. ("CMI") and Federal Home Loan Mortgage Corporation ("FHLMC") request that debtor, David R. Smith ("Debtor"), produce and permit inspection of the documents specified below no later than November 22, 2013 by 5:00 p.m. at the offices of Pite Duncan, LLP located at 4375 Jutland Drive, Suite 200,

San Diego, California 92177, within thirty (30) days after service of these Requests for Production of Documents.

**INSTRUCTIONS**

1. In producing documents or tangible things pursuant to these requests, please identify the following:

   a. The paragraph(s) or subpart(s) of the request to which each document or tangible things corresponds.

   b. The location from which the documents or tangible things was produced, including address, file, drawer, cabinet name and number.

2. The response to each request for production of documents shall include and be based on such knowledge as is within the possession, custody or control of you or your agents. Where any facts set forth in your responses are supplied upon information and belief rather than actual knowledge, specifically describe or identify the source or sources for such information and belief.

3. If you cannot answer any request for production of documents, or portions thereof, by either actual knowledge or upon information and belief, please: (a) state so and answer the request stating whatever knowledge or information you have concerning the remaining portion; (b) describe the effort made to obtain such information, and (c) identify each person, whether an agent of yours or not, whom you believe to have information regarding the subject of the request.

4. If you withhold any documents or tangible things under a claim of privilege, please provide a privilege log with your responses in compliance with Fed. R. Civ. P. 26(b)(5).

5. These requests for production of documents are continuing. Any additional information, replies, answers or documents relating in any way to these requests acquired subsequent to the date of your initial responses, and up to and including full and final resolution of this dispute, shall be furnished to the requesting party promptly after it is acquired. Such additional information, replies, answers, or documents shall be made available in the form of supplements to your initial responses to requests for production of documents.

/././

/././

## DEFINITIONS

1. "DEBTOR," "YOUR," and "YOURS" shall mean David R. Smith, and all attorneys, agents, representatives, or any other persons acting on their behalf and shall include the bankruptcy estate.

2. "MOVANTS" and "SECURED CREDITORS" shall mean CitiMortgage, Inc. and Federal Home Loan Mortgage Corporation.

3. "CMI" shall mean CitiMortgage, Inc. and all attorneys, agents, representatives, or any other persons acting on its behalf.

4. "FHLMC" shall mean Federal Home Loan Mortgage Corporation and all attorneys, agents, representatives, or any other persons acting on its behalf.

5. "BANKRUPTCY CASE" shall refer to the above-captioned bankruptcy case, In re Smith, Case No. 10-52330.

6. "PROPERTY" shall refer to the property commonly known as 23 Pine Avenue, Mount Hermon, California 95041.

7. "CMI LOAN" shall refer to the loan note and deed of trust executed by Debtor and Sandra K. Smith on January 23, 2006.

8. "DOCUMENTS" and "DOCUMENT" as used herein shall be deemed to mean, without limitation, all papers, notes, records, electronically stored information, films, photographs, recordings, tapes, transcriptions, books and other things, whether or not in your possession or under your control, directly or indirectly, relating to or pertaining in any way to the subject matters addressed in these requests, and including, but not limited to, all originals, copies, or other reproductions, whether prepared by handwriting, typewriting, printing, photostating, photographing, electronically stored, or any other means of recording upon any tangible thing, any form of communication or representation, including letters, words, pictures, sounds, symbols, or any combination thereof.

/././

/././

EXHIBIT A

9. "COMMUNICATION(S)" shall mean any transfer of information, ideas, opinions, or thoughts by any means, written, electronically, orally or otherwise, at any time or place under any circumstances and is not limited to transfers between persons and/or entities but includes other transfers, such as e-mails, instant messages, records and memoranda to file, any written letter, memorandum, or other document which was sent by one or more individuals and/or entities to another or others; any document memorializing or reflecting a telephone call between one or more individuals and another or others; and any document memorializing a conversation or meeting between one or more individuals and another.

10. "RELATING TO" and "CONCERNING" shall mean mentioning, discussing, evidencing, summarizing, describing, referring to, depicting, embodying, constituting, reporting, involving, or in any way pertaining to the subject, in whole or in part.

11. "ALL" and "ANY" shall mean "any and all" and "each and every".

12. "NOTE" shall mean the Note executed by Debtor and Sandra K. Smith on January 23, 2006 in the principal amount of $227,000.00 in favor of Reunion Mortgage, Inc.

13. "DEED OF TRUST" shall mean the Deed of Trust executed by Plaintiff and Sandra K. Smith on January 23, 2006 and to secure the obligations under the Note.

14. "PETITION DATE" shall mean March 10, 2010.

15. "BOULDER CREEK PROPERTY" shall mean the property located at 412 Mustang Mesa, Boulder Creek, CA.

## REQUEST FOR PRODUCTION

**Request for Production of Documents No. 1**: All documents related to the rental of the Property from the Petition Date to the present.

**Request for Production of Documents No. 2**: Any and all lease agreement(s) for the Property from the Petition Date to the present.

**Request for Production of Documents No. 3**: All documents related to any financial account(s) (regardless of whether you are a signatory) in which you have deposited monies from the Petition Date to the present.

EXHIBIT A

**Request for Production of Documents No. 4**: All documents related to any financial account(s) (regardless of whether you are a signatory) in which you have deposited monies earned from your employment from the Petition Date to the present.

**Request for Production of Documents No. 5**: Any and all documents related to any financial account(s) (regardless of whether you are a signatory) from which monies have been withdrawn to pay for expenses related to your employment from the Petition Date to the present.

**Request for Production of Documents No. 6**: Any and all documents related to any financial account(s) (regardless of whether you are a signatory) from which monies have been withdrawn on your behalf from the Petition Date to the present.

**Request for Production of Documents No. 7**: Any and all documents related to the source(s) of any cash deposits made into your Bank of the West Account No. 23992222 from the Petition Date to the present.

**Request for Production of Documents No. 8**: Any and all documents related to the source(s) of any cash deposits made into your Bank of the West Account No. 024100784 from the Petition Date to the present.

**Request for Production of Documents No. 9**: Any and all documents related to the source(s) of any cash deposits made into your Liberty Bank Account No. 02-044440 from the Petition Date to the present.

**Request for Production of Documents No. 10**: Any and all documents related to payment of real property taxes for the Property from the Petition Date to the present.

**Request for Production of Documents No. 11**: Any and all documents related to the payment of insurance for the Property from the Petition Date to the present.

**Request for Production of Documents No. 12**: All documents related to the rental of the Boulder Creek Property from the Petition Date to the present.

**Request for Production of Documents No. 13**: Any and all lease agreement(s) for the Boulder Creek Property from the Petition Date to the present.

**Request for Production of Documents No. 14**: Any documents related to any financial account(s) in which you hold jointly with Sandra K. Smith in which you have deposited monies from

EXHIBIT A

the Petition Date to the present.

**Request for Production of Documents No. 15**: Any documents related to any financial account(s) in which you hold jointly with Sandra K. Smith from which monies have been withdrawn from the Petition Date to the present.

**Request for Production of Documents No. 16**: Any and all documents related to payment of real property taxes for the Boulder Creek Property from the Petition Date to the present.

**Request for Production of Documents No. 17**: Any and all documents related to the payment of insurance for the Boulder Creek Property from the Petition Date to the present.

**Request for Production of Documents No. 18**: All federal and state tax returns filed by you (whether filed jointly with or on behalf of another individual and/or entity) from 2006 to the present.

**Request for Production of Documents No. 19**: Any documents related to any financial account(s) in which you hold jointly with Sandra K. Smith from which monies have been withdrawn to pay for expenses related to your employment from the Petition Date to the present.

**Request for Production of Documents No. 20**: Any and all contracts for employment from the Petition Date to the present.

**Request for Production of Documents No. 21**: Any and all documents reflecting compensation for your employment paid to another individual and/or entity on your behalf from the Petition Date to the present.

**Request for Production of Documents No. 22**: Any and all documents reflecting compensation for your employment from the Petition Date to the present.

**Request for Production of Documents No. 23**: Any and all communications related to contract(s) for employment from the Petition Date to the present.

**Request for Production of Documents No. 24**: Any and all communications between you and James A. Langlo regarding the lease of the Property.

Date: October 23, 2013   /s/ Ellen Cha
ELLEN CHA

| | |
|---|---|
| 1 | DAVID E. McALLISTER (CA SBN 185831) |
| | dmcallister@piteduncan.com |
| 2 | ELLEN CHA (CA SBN 250243) |
| | echa@piteduncan.com |
| 3 | MATTHEW R. CLARK (SBN 271054) |
| 4 | mclark@piteduncan.com |
| | **PITE DUNCAN, LLP** |
| 5 | 4375 Jutland Drive, Suite 200 |
| | P.O. Box 17933 |
| 6 | San Diego, CA 92177-0933 |
| | Telephone: (858) 750-7600 |
| 7 | Facsimile: (619) 590-1385 |
| 8 | |
| | Attorneys for CitiMortgage, Inc. and |
| 9 | Federal Home Loan Mortgage Corporation |

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re | Bankruptcy Case No. 10-52330 |
| DAVID RANDALL SMITH, | Chapter 11 |
| DEBTOR. | **PROOF OF SERVICE** |

I, Meliza Martinez-Meza, certify as follows:

I am employed in the County of San Diego, State of California. My business address is: 4375 Jutland Drive, Suite 200, P.O. Box 17935, San Diego, CA 92177-0935. I am over the age of eighteen years and not a party to this cause.

On October 23, 2013, true and correct copies of the following:

- **Notice of Deposition and Request for Production of Documents Pursuant to Fed. R. Civ. P. 34**

were served, as indicated below, by the Court via NEF and hyperlink to the document and/or by first class United States Mail:

/././

/././

- 1 -
**PROOF OF SERVICE**
Bankruptcy Case No. 10-52330

Case: 10-52330    Doc# 327-1    Filed: 12/12/13    Entered: 12/12/13 15:26:22    Page 9 of 13
EX. 2A Page 29

| | |
|---|---|
| 1 | DAVID RANDALL SMITH |
| 2 | P.O. BOX 436 |
| | MT. HERMON, CA 95041 |
| 3 | (VIA U.S. MAIL) |
| 4 | I declare under penalty of perjury that the foregoing is true and correct |
| 5 | Dated: October 23, 2013  /s/ *Meliza Martinez-Meza* |
| 6 |  MELIZA MARTINEZ-MEZA |

## Miscellaneous:

10-52330 David Randall Smith **Converted** 02/14/2011
Type: bk				Chapter: 11 v			Office: 5 (San Jose)
Assets: y			Judge: ASW			Case Flag: DebtEd, Cruz, CONVERTED

### U.S. Bankruptcy Court

### Northern District of California

Notice of Electronic Filing

The following transaction was received from Ellen Cha entered on 10/23/2013 at 4:49 PM PDT and filed on 10/23/2013
**Case Name:**	David Randall Smith
**Case Number:**	10-52330
**Document Number:** 313

**Docket Text:**
Certificate of Service *of Notice of Deposition and Request for Production of Documents Pursuant to Fed. R. Civ. P. 34* Filed by Creditors Citimortgage, Inc., Federal Home Loan Mortgage Corporation (Cha, Ellen)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Proof of Service-Smith.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017961465 [Date=10/23/2013] [FileNumber=26239151
-0] [52bf21257fc5a7bf0dbad9f1b48be7c5c8660e3b665a9fa09d721c826b63d570a
9e6275256db80d90660f6e33ceaf141e42efffc7b1f15df70f6515b7f6ac4ea]]

**10-52330 Notice will be electronically mailed to:**

Lawrence J. Buckley on behalf of Requestor CitiMortgage, Inc.
notice@bkcylaw.com

Jonathan Cahill on behalf of Requestor CITIBANK, N.A.
jcahill@piteduncan.com, ecfcanb@piteduncan.com

Ellen Cha on behalf of Creditor CitiMortgage, Inc. and Federal Home Loan Mortgage Corporation
ecfcanb@piteduncan.com

Ellen Cha on behalf of Creditor CitiMortgage, Inc., Federal Home Loan Mortgage Corporation, Pite Duncan, LLP, Matthew Clark, and Ellen Cha
ecfcanb@piteduncan.com

Ellen Cha on behalf of Creditor Citimortgage, Inc.

ecfcanb@piteduncan.com

Ellen Cha on behalf of Creditor Federal Home Loan Mortgage Corporation
ecfcanb@piteduncan.com

Ellen Cha on behalf of Defendant CITIMORTGAGE, INC. AND FEDERAL HOME LOAN MORTGAGE CORPORATION
ecfcanb@piteduncan.com

Ellen Cha on behalf of Defendant Citimortgage, Inc
ecfcanb@piteduncan.com

Ellen Cha on behalf of Defendant Federal Home Loan Mortgage Corporation
ecfcanb@piteduncan.com

Ellen Cha on behalf of Defendant Federal Home Loan Mortgage Corporation and Mortgage Electronic Registration Systems, Inc.
ecfcanb@piteduncan.com

Ellen Cha on behalf of Defendant Mortgage Electronic Registration Systems, Inc.
ecfcanb@piteduncan.com

Matthew R. Clark, III on behalf of Creditor Citimortgage, Inc.
ch11ecf@piteduncan.com, ecfcanb@piteduncan.com

Matthew R. Clark, III on behalf of Creditor Federal Home Loan Mortgage Corporation
ch11ecf@piteduncan.com, ecfcanb@piteduncan.com

Eddie R. Jimenez on behalf of Requestor CitiMortgage, Inc.
ecfcanb@piteduncan.com

Travis J. Lillie on behalf of Creditor Citimortgage, Inc.
tlillie@piteduncan.com, ecfcanb@piteduncan.com

Office of the U.S. Trustee / SJ
USTPRegion17.SJ.ECF@usdoj.gov, ltroxas@hotmail.com

Parada K. Ornelas on behalf of Creditor Citimortgage, Inc.
pkovadi@piteduncan.com, ecfcanb@piteduncan.com

Paul Oudom on behalf of Creditor Citimortgage, Inc.
ecfcanb@piteduncan.com

Hieu T. Pham on behalf of Creditor Citimortgage, Inc.
hpham@piteduncan.com, ecfcanb@piteduncan.com

Wayne A. Silver on behalf of Interested Party Russell Roessler
w_silver@sbcglobal.net

Darlene C. Vigil on behalf of Creditor OneWest Bank, FSB
ndcaecf@BDFGroup.com

John S. Wesolowski on behalf of U.S. Trustee Office of the U.S. Trustee / SJ
john.wesolowski@usdoj.gov

**10-52330 Notice will not be electronically mailed to:**

Brent Smith
,

David Randall Smith
PO Box 436
Mt. Hermon, CA 95041