# EXHIBIT E

## SUMMARY OF FEES INCURRED BY CITIMORTGAGE, INC. AND FEDERAL HOME LOAN MORTGAGE CORPORATION FOR SERVICES PERFORMED BY PITE DUNCAN, LLP IN CONNECTIONI WITH MOTION FOR ORDER COMPELLING DAVID RANDALL SMITH TO APPEAR AT DEPOSITION

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES PERFORMED | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 12/11/2013 | Brian A. Paino | Telephone call to David Randall Smith ("Debtor") re Amended Notice of Deposition | .10 | $250 | $25.00 |
| 12/11/2013 | Brian A. Paino | Preparation of correspondence to Debtor re Amended Notice of Deposition for purposes of complying with FRBP 9037 | .20 | $250 | $50.00 |
| 12/12/2013 | Brian A. Paino | Analysis of correspondence from Debtor re Amended Notice of Deposition; Preparation of correspondence to Debtor advising of intent to seek court order compelling his attendance at noticed deposition | .20 | $250 | $50.00 |
| 12/12/2013 | Brian A. Paino | Preparation of correspondence to Debtor re Amended Notice of Deposition and audio file for hearing on Motion to Compel Responses to Discovery and for Monetary Sanctions | .10 | $250 | $25.00 |
| 12/12/2013 | Brian A. Paino | Analysis of Debtor's Objection to Amended Notice of Deposition and Request for Production of Documents [.3]; Research of: (1) Fed. R. Civ. P. 30 and interpretive case law and (2) Fed. R. Civ. P. 37(d) and interpretive case law to determine legal consequences of party's failure to appear at deposition [1.3]; Preparation of: (1) | 3.5 | $250 | $875.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | Motion for Order Compelling David Randall Smith to Appear at Deposition, (2) Memorandum of Points and Authorities in Support of Motion for Order Compelling David Randall Smith to Appear at Deposition, and (3) Declaration in Support of Motion for Order Compelling David Randall Smith to Appear at Deposition [1.9] | | | |
| 12/12/2013 | Brian A. Paino | Preparation of *Ex Parte* Motion for Order Setting Hearing on Shortened Notice and proposed order thereon | 2.3 | $250 | $575.00 |
| 12/12/2013 | Paralegal | Preparation of Motion for Order Compelling David Randall Smith to Appear at Deposition (together with supporting documents) and *Ex Parte* Motion for Order Setting Hearing on Shortened Notice for filing; Filing of Motion for Order Compelling David Randall Smith to Appear at Deposition (along with supporting documents) and *Ex Parte* Motion for Order Setting Hearing on Shortened Notice | .5 | $125 | $62.50 |
| | | | | **TOTAL:** | **$1,662.50** |