David E. McAllister (SBN 185831)
dmcallister@piteduncan.com
Ellen Cha (SBN 250243)
echa@piteduncan.com
Brian A. Paino (SBN 251243)
bpaino@piteduncan.com
Matthew R. Clark III (SBN 271054)
mclark@piteduncan.com
**PITE DUNCAN, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for *Movants*
CitiMortgage, Inc. and Federal Home Loan Mortgage Corporation

The following constitutes the
Order of the Court, Signed _____ 20__.

HON. ARTHUR S. WEISSBRODT
United States Bankruptcy Judge

*not signed*
*set on regular*
*time*
*ASW 12/13/13*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| In Re<br><br>DAVID RANDALL SMITH,<br><br>Debtor. | Case No. 10-52330<br><br>Chapter 11<br><br>**ORDER ON *EX PARTE* MOTION FOR ORDER SETTING HEARING ON MOTION FOR ORDER COMPELLING DAVID RANDALL SMITH TO APPEAR AT DEPOSITION ON SHORTENED NOTICE** |
|---|---|

The Court having considered *movants* CitiMortgage, Inc. and Federal Home Loan Mortgage Corporation's (the "Movants") *Ex Parte Motion for Order Setting Hearing on Motion for Order Compelling David Randall Smith to Appear at Deposition on Shortened Notice* (the "Motion"), and good cause having been shown,

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Movants' *Motion for Order Compelling David Randall Smith to Appear at Deposition* is hereby set for hearing on December 13, 2013, at ___:___ p.m., in Courtroom 3020 of the above-captioned Court.

*** END OF ORDER ***

- 1 -    Case No. 10-52330
**ORDER ON *EX PARTE* MOTION FOR HEARING ON SHORTENED NOTICE**