David E. McAllister (SBN 185831)
dmcallister@piteduncan.com
Ellen Cha (SBN 250243)
echa@piteduncan.com
Brian A. Paino (SBN 251243)
bpaino@piteduncan.com
Matthew R. Clark III (SBN 271054)
mclark@piteduncan.com
**PITE DUNCAN, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for *Movants*
CitiMortgage, Inc. and Federal Home Loan
Mortgage Corporation

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In Re<br><br>DAVID RANDALL SMITH,<br><br>Debtor. | Case No. 10-52330<br><br>Chapter 11<br><br>**NOTICE OF MOTION FOR ORDER COMPELLING DAVID RANDALL SMITH TO APPEAR AT DEPOSITION**<br><br>**Hearing**:<br>Date:  January 16, 2013<br>Time:  2:15 p.m.<br>Ctrm:  3020<br>Judge: Hon. Arthur S. Weissbrodt |

**TO ALL INTERESTED PARTIES**:

**PLEASE TAKE NOTICE** that, on January 16, 2013, at 2:15 p.m., or as soon thereafter as the parties may be heard, in Courtroom 3020 of the above-entitled Court, located at 280 South First Street, San Jose, CA 95113, there will be a hearing on *movants* CitiMortgage, Inc. and Federal Home Loan Mortgage Corporation's Motion for Order Compelling David Randall Smith to Appear at Deposition (the "Motion"), which was filed concurrently herewith and is brought pursuant to Federal Rule of Civil Procedure 37,[1] before the Honorable Arthur S. Weissbrodt.

---

[1] As made applicable to this case by Federal Rules of Bankruptcy Procedure 7037 and 9014.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9014-1(c), any party opposing the Motion must file and serve a written opposition at least fourteen (14) days before the hearing date designated herein.

The Motion is based on the Motion, the Memorandum of Points and Authorities and declaration filed concurrently herewith, the pleadings and papers on file herein, and upon such oral and documentary evidence as may be presented by interested parties at the hearing.

**PITE DUNCAN, LLP**

Dated: December 13, 2013

/s/ *Brian A. Paino*
BRIAN A. PAINO
Attorneys for *Movants* CitiMortgage, Inc. and Federal Home Loan Mortgage Corporation