In re: DAVID RANDALL SMITH
Bankr. No. 10-52330 ASW
P.O. Box 436
Mt. Hermon, Ca. 95041



## PROOF OF SERVICE

I, the undersigned, declare that I reside in the County of Santa Cruz, State of California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is P.O. Box 436 Mt. Hermon Ca. 95041. On January 13, 2014.

I served the foregoing:

   1. **REPLY MEMORANDUM TO OPPOSITION OF MOVANTS CITIMORTGAGE, INC. AND FEDERAL HOME LOAN MORTGAGE ASSOCIATION TO DEBTOR'S MOTION TO QUASH AMENDED REQUEST FOR PRODUCTION OF DOCUMENTS**

   2. **PETITIONER'S SUR-REPLY TO MOVANTS MOTION TO COMPEL DEPOSITION**

[ x ] BY MAIL in the said cause by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Boulder Creek, CA addressed as shown below:

**PITE DUNCAN, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17993
San Diego, CA. 92177-0933

I declare Under penalty of perjury that the foregoing is true and correct and executed on this 13th day of January, 2014 at Boulder Creek, California.

*Everett Smith*
EVERETT SMITH