Entered on Docket
February 05, 2014
EDWARD J. EMMONS, ACTING CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED.
Signed February 5, 2014

*Arthur S. Weissbrodt*
**Arthur S. Weissbrodt**
**U.S. Bankruptcy Judge**

David E. McAllister (SBN 185831)
dmcallister@piteduncan.com
Ellen Cha (SBN 250243)
echa@piteduncan.com
Brian A. Paino (SBN 251243)
bpaino@piteduncan.com
Matthew R. Clark III (SBN 271054)
mclark@piteduncan.com
**PITE DUNCAN, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for *Movants*
CitiMortgage, Inc. and Federal Home Loan
Mortgage Corporation

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>DAVID RANDALL SMITH,<br><br>Debtor. | Case No. 10-52330<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION FOR ORDER COMPELLING DAVID RANDALL SMITH TO APPEAR AT DEPOSITION AND DENYING DEBTOR'S MOTION TO QUASH AMENDED NOTICE OF DEPOSITON AND REQUEST FOR PRODUCTION OF DOCUMENTS**<br><br>**Hearing**:<br>Date: January 16, 2014<br>Time: 3:00 p.m.<br>Ctrm: 3020<br>Judge: Hon. Arthur S. Weissbrodt |

The above-captioned matter came on for hearing on January 16, 2014, in Courtroom 3020 of the U.S. Bankruptcy Court for the Northern District of California, located at 280 South First Street, San Jose, CA 95113, upon the *Motion for Order Compelling David Randall Smith to Appear at Deposition* [Dkt. No. 327] (the "Motion to Compel") filed by *movants* CitiMortgage, Inc. and Federal Home Loan Mortgage Corporation ("Movants") and *Motion to Quash Amended Notice of*

- 1 -                                                          Case No. 10-52330
**ORDER GRANTING MOTION FOR ORDER COMPELLING APPEARANCE AT DEPOSITION
AND DENYING MOTION TO QUASH AMENDED NOTICE OF DEPOSITION**

Case: 10-52330    Doc# 357    Filed: 02/05/14    Entered: 02/05/14 10:02:49    Page 1 of 3

1  *Deposition and Request for Production of Documents* [Dkt. No. 334] (the "Motion to Quash") filed
2  by *debtor* David Randall Smith ("Debtor").
3      Appearances were as noted on the record.
4      Based upon the arguments of counsel, pleadings, filings and record before the Court, and
5  good cause appearing therefor,
6      **IT IS ORDERED** that the Motion to Compel is **GRANTED**.
7      **IT IS FURTHER ORDERED** that the Motion to Quash is **DENIED**.
8      **IT IS FURTHER ORDERED** that Debtor shall serve full and complete discovery responses
9  to Movants and appear for a deposition at a time and place determined by Movants. Movants shall
10 provide Debtor with at least 14 days' notice of the deposition.
11     **IT IS FURTHER ORDERED** that the Court will not make a final determination on
12 Movants' request for sanctions against Debtor under Federal Rule of Civil Procedure 37 until after
13 the conclusion of Adversary Case No. 11-05107.
14     **\*\*\* END OF ORDER \*\*\***

# COURT SERVICE LIST

**Debtor**

David Randall Smith
PO Box 436
Mt. Hermon, CA 95041

- 3 -     Case No. 10-52330
**ORDER GRANTING MOTION FOR ORDER COMPELLING APPEARANCE AT DEPOSITION
AND DENYING MOTION TO QUASH AMENDED NOTICE OF DEPOSITION**

Case: 10-52330   Doc# 357   Filed: 02/05/14   Entered: 02/05/14 10:02:49   Page 3 of 3