IT IS SO ORDERED.
Signed February 5, 2014

*Arthur S. Weissbrodt*
*signature*

**Arthur S. Weissbrodt**
**U.S. Bankruptcy Judge**

David E. McAllister (SBN 185831)
dmcallister@piteduncan.com
Ellen Cha (SBN 250243)
echa@piteduncan.com
Brian A. Paino (SBN 251243)
bpaino@piteduncan.com
Matthew R. Clark III (SBN 271054)
mclark@piteduncan.com
**PITE DUNCAN, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for *Respondents*
CitiMortgage, Inc. and Federal Home Loan Mortgage Corporation

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>DAVID RANDALL SMITH,<br><br>Debtor. | Case No. 10-52330<br><br>Chapter 11<br><br>**ORDER DENYING DEBTOR'S MOTION TO QUASH SUBPOENA**<br><br>**Hearing**:<br>Date: January 16, 2014<br>Time: 3:00 p.m.<br>Ctrm: 3020<br>Judge: Hon. Arthur S. Weissbrodt |

The above-captioned matter came on for hearing on January 16, 2014, in Courtroom 3020 of the U.S. Bankruptcy Court for the Northern District of California, located at 280 South First Street, San Jose, CA 95113, upon the *Motion to Quash Subpoena* [Dkt. No. 323] (the "Motion to Quash") filed by *debtor* David Randall Smith ("Debtor").

Appearances were as noted on the record.

Based upon the arguments of counsel, pleadings, filings and record before the Court, and good cause appearing therefor,

/././

1     **IT IS ORDERED** that the Motion to Quash is **DENIED**.

2     **IT IS FURTHER ORDERED** that Debtor shall allow CitiMortgage, Inc. and Federal Home
3 Loan Mortgage Corporation to inspect the real property located at 23 Pine Avenue, Mount Hermon,
4 California 95041 at a mutually agreed upon date and time.

5                              **\*\*\* END OF ORDER \*\*\***

# COURT SERVICE LIST

**Debtor**

David Randall Smith
PO Box 436
Mt. Hermon, CA 95041