Re: 10-52330,
David Randall Smith

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CERTIFICATE OF MAILING

I, the undersigned, a regularly appointed and qualified clerk in the office of the Northern District of California, San Jose, California, hereby certify:

**Notice of Appeal and Statement of Election**

That I, in the performance of my duties as such Clerk, served a copy of the foregoing document by depositing it in the regular United States mail at San Jose, California on the date shown below, in a sealed envelope bearing the lawful frank of the United States Bankruptcy Court addressed as listed below.

David Randall Smith
PO Box 436
Mt. Hermon, CA 95041

| | |
|---|---|
| Richard W. Wicking Clerk<br>United States District Court<br>280 S. First Street 2nd Fl.<br>San Jose, CA 95113 | John S. Wesolowski<br>Office of the U.S. Trustee / SJ<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 |
| Federal Home Loan Mortgage Corporation<br>Brian A. Paino<br>Brice, Vander, Linden and Wernick<br>9441 LBJ Freeway #350<br>Dallas, TX 75243 | CitiMortgage, Inc.<br>Brian A. Paino<br>Pite Duncan LLP<br>4375 Jutland Drive #200<br>San Diego, CA 92177 |

Dated: February 11, 2014

/Janet Dustin, Deputy Clerk

FILED
FEB 11 2014
UNITED STATES BANKRUPTCY COURT
SAN JOSE, CALIFORNIA