

# United States Bankruptcy Court

Northern District of California

In re David Randall Smith,　　　　　　　　　　Case No. 10-52330
　　Debtor　　　　　　　　　　　　　　　　　Chapter 11

## NOTICE OF APPEAL

David Randall Smith, the petitioner, appeals under 28 U.S.C.§ 158(a) or (b) from the order of the bankruptcy judge: *Order Denying Debtor's Motion to Quash Subpoaena* entered in this bankruptcy proceeding on the 5th day of February, 2014.

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

CitiMortgage, Inc.

Federal Home Loan Mortgage Corporation

Brian A. Paino
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200,
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600, Facsimile: (619) 590-1385
Attorney for CitiMortgage, Inc. and Federal Home Loan Mortgage Corporation

United States Trustee
280 South First Street
Room 268
San Jose, Ca. 95113
Phone: (408) 535-5525
Facsimile: (408) 535-5532

David Randall Smith
P.O. Bo 436
Mount Hermon, Ca. 95041
831 234-8407

Dated:  February 10, 2014          Signed: _____
                                           Appellant

      If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal . Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

      If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

Entered on Docket
February 05, 2014
EDWARD J. EMMONS, ACTING CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED.
Signed February 5, 2014

*[signature]*

Arthur S. Weissbrodt
U.S. Bankruptcy Judge

David E. McAllister (SBN 185831)
dmcallister@piteduncan.com
Ellen Cha (SBN 250243)
echa@piteduncan.com
Brian A. Paino (SBN 251243)
bpaino@piteduncan.com
Matthew R. Clark III (SBN 271054)
mclark@piteduncan.com
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for *Respondents*
CitiMortgage, Inc. and Federal Home Loan Mortgage Corporation

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>DAVID RANDALL SMITH,<br><br>Debtor. | Case No. 10-52330<br><br>Chapter 11<br><br>**ORDER DENYING DEBTOR'S MOTION TO QUASH SUBPOENA**<br><br>**Hearing**:<br>Date:  January 16, 2014<br>Time:  3:00 p.m.<br>Ctrm:  3020<br>Judge: Hon. Arthur S. Weissbrodt |

    The above-captioned matter came on for hearing on January 16, 2014, in Courtroom 3020 of the U.S. Bankruptcy Court for the Northern District of California, located at 280 South First Street, San Jose, CA 95113, upon the *Motion to Quash Subpoena* [Dkt. No. 323] (the "Motion to Quash") filed by *debtor* David Randall Smith ("Debtor").

    Appearances were as noted on the record.

    Based upon the arguments of counsel, pleadings, filings and record before the Court, and good cause appearing therefor,

/././

- 1 -                                                                                           Case No. 10-52330
ORDER DENYING DEBTOR'S MOTION TO QUASH SUBPOENA

Case: 10-52330    Doc# 358    Filed: 02/05/14    Entered: 02/05/14 10:03:53    Page 1 of 3
Case: 10-52330    Doc# 364    Filed: 02/11/14    Entered: 02/11/14 14:54:12    Page 3 of 4

1     **IT IS ORDERED** that the Motion to Quash is **DENIED**.

2     **IT IS FURTHER ORDERED** that Debtor shall allow CitiMortgage, Inc. and Federal Home

3 Loan Mortgage Corporation to inspect the real property located at 23 Pine Avenue, Mount Hermon,

4 California 95041 at a mutually agreed upon date and time.

5                               **\*\*\* END OF ORDER \*\*\***