

UNITED STATES BANKRUPTCY COURT
Northern District of California
U.S. Courthouse and Federal Building
280 South First Street Room 3035
San Jose, California 95113-3099
(408) 535-5118

Gloria L. Franklin
Clerk of Court

Richard W. Wieking, Clerk
United States District Court
280 South First Street
San Jose, CA 95113

    Re:    Case Name: *David Randall Smith*
            Case Number: *10-52330 ASW*
            Bankruptcy Judge Name: *Arthur S. Weissbrodt*
            District Court #:

Dear Mr. Wieking:    CV 14-0067    EJD

*ORIGINAL FILED FEB 12 2014 Richard W. Wieking Clerk, U.S. District Court Northern District of California San Jose*

[ ] Enclosed please find the Notice of Appeal, certified copy of the docket and order being appealed and related papers from BAP and designated items to form the record on appeal for assignment to a district court judge.

[ ] Enclosed please find a conformed copy of the Notice of Appeal, Election to District Court document, as well as a certified copy of the docket and order being appealed for assignment to a district court judge.

[X] Enclosed please find a conformed copy of the Notice of Appeal, Election to District Court document, a certified copy of the docket, the order being appealed, *Non-Final Order/Judgment* for assignment to a district court judge.

[ ] Enclosed please find the record of designated items and a certificate of record for an appeal that has been previously sent to the district court.

[ ] Enclosed please find the Appellant's Designation of Record.

[ ] Enclosed please find the Appellee's Designation of Record.

[ ] Enclosed please find the Statement of Issues.

[ ] Enclosed please find the Motion for Leave to Appeal / *Non-Final Order/Judgment*.

[ ] Other.

Please acknowledge receipt of this appeal by stamping the district court case number on a copy of this letter and return it to Janet Dustin.

                                        Gloria L. Franklin, Clerk
                                        United States Bankruptcy Court

Dated: <u>February 11, 2014</u>           By: _____
                                                    Janet Dustin, Deputy Clerk