```
1  DAVID RANDALL SMITH
2  P.O. Box 436
   Mt. Hermon, Ca. 95041
3  (831) 234-8407
   Debtor pro se
4
                                        The following constitutes the
5                                       Order of the Court. Signed _____ 20__

6                                       _____
                                        HON. ARTHUR S. WEISSBRODT
7                                       United States Bankruptcy Judge
              UNITED STATES BANKRUPTCY COURT          not signed
8                                                     ASW
         NORTHERN DISTRICT OF CALIFORNIA- SAN JOSE DIVISION
9                                                     3/4/14
10 In re                          Case No. 10-52330-ASW
                                  Adversary Case 11-05107
11 DAVID RANDALL SMITH                                CV11-00675  set on
                                  Chapter 11                      regular
12                                                                time
13 DAVID RANDALL SMITH, an individual,  ORDER ON MOTION ~~FOR STAY~~
                                        ~~PENDING APPEAL~~ [Doc #359]
14                                      TO SHORTEN TIME
                                                              ASW
15
16
17     The Court having considered Petitioner David R. Smith's App Ex Parte
   Application for Order Shortening Time for Hearing on Motion for Stay Pending Appeal
18                                                          ASW
   [Doc #359] ~~and Motion for Stay Pending Appeal [Doc 359]~~ the ("Motion") and good
19 cause having been shown,
20
21
22     IT IS ORDERED the Motion is GRANTED.
23
...
28                          **END OF ORDER**
```