| | |
|---|---|
| 1 | David E. McAllister (SBN 185831)<br>dmcallister@piteduncan.com |
| 2 | Ellen Cha (SBN 250243)<br>echa@piteduncan.com |
| 3 | Brian A. Paino (SBN 251243)<br>bpaino@piteduncan.com |
| 4 | Matthew R. Clark III (SBN 271054)<br>mclark@piteduncan.com |
| 5 | **PITE DUNCAN, LLP**<br>4375 Jutland Drive, Suite 200 |
| 6 | P.O. Box 17933<br>San Diego, CA 92177-0933 |
| 7 | Telephone: (858) 750-7600<br>Facsimile: (619) 590-1385 |
| 8 | |
| 9 | Attorneys for *Movant*<br>CitiMortgage, Inc. |

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>DAVID RANDALL SMITH,<br><br>Debtor. | Case No. 10-52330<br><br>Chapter 11<br><br>**NOTICE OF MOTION FOR PROTECTIVE ORDER**<br><br>**Hearing**:<br>Date: April 7, 2014<br>Time: 3:00 p.m.<br>Place: Crtm. 3020<br>        280 South 1st Street<br>        San Jose, CA 95113 |

**TO ALL INTERESTED PARTIES**:

**PLEASE TAKE NOTICE** that, on April 7, 2014, at 3:00 p.m., or as soon thereafter as the parties may be heard, in Courtroom 3020 of the above-entitled Court, located at 280 South First Street, San Jose, CA 95113, there will be a hearing on *movant* CitiMortgage, Inc.'s *Motion for Protective Order* ("Motion"), which was filed concurrently herewith and is brought pursuant to Federal Rule of Civil Procedure 26(c), before the Honorable Arthur S. Weissbrodt.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9014-1(c), any party opposing the Motion must file and serve a written opposition at least fourteen (14) days before the hearing date designated herein.

/././

-1-      CASE NO. 10-52330
**NOTICE OF MOTION FOR PROTECTIVE ORDER**

The Motion is based on the Motion, Memorandum of Points and Authorities and declaration filed concurrently herewith, the pleadings and papers on file herein, and upon such oral and documentary evidence as may be presented by interested parties at the hearing.

Respectfully submitted,

**PITE DUNCAN, LLP**

Dated: March 13, 2014

/s/ *Brian A. Paino*
BRIAN A. PAINO
Attorneys for *Movant* CitiMortgage, Inc.