1  DAVID RANDALL SMITH
   P.O. Box 436
2  Mt. Hermon, Ca. 95041
3  (831) 234-8407
   Debtor *pro se*
4

The following constitutes the
Order of the Court. Signed _____ 20 ___

_____
HON. ARTHUR S. WEISSBRODT
United States Bankruptcy Judge

*not signed*
*(asw)*
*3/18/14*
*set on*
*regular time*

5          UNITED STATES BANKRUPTCY COURT

6     NORTHERN DISTRICT OF CALIFORNIA- SAN JOSE DIVISION

7  In re                                    Case No. 10-52330-ASW

8  DAVID RANDALL SMITH                       Chapter 11
9  Petitioner pro se

10 _____

11                                          **ORDER ON MOTION**
                                            **FOR STAY PENDING APPEAL [Doc**
12                                          **#376]**

13

14

15        The Court having considered Petitioner David R. Smith's *Ex Parte Application*

16 *for Order Setting Hearing on Motion for Stay Pending Appeal Doc #376 on Shortened*

17 *Notice* and *Motion for Stay Pending Appeal Doc 376 ("Motion") and good cause having*

18 *been shown,*

19

20

21        **IT IS ORDERED** the Motion is **GRANTED.**

22

23

24

25

26

27                          **END OF ORDER**

28